**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY No. 09-50779

Dennis E. Hecker,

    Debtor.

---

Randall L. Seaver, Trustee, ADV No. 10-5032

    Plaintiff,

v.

Dennis E. Hecker and
Christi M. Rowan,

    Defendants.

---

**ORDER**

---

This adversary proceeding is before the court on the motion of the plaintiff for a preliminary injunction.

Based on the motion and the file,

The court finds that the proceeds of Prudential Insurance checks which have not been turned over to the trustee (approximately $109,000.00) is property of the bankruptcy estate and the defendants are wrongfully exercising dominion and control over the same. It is also likely that defendants possess and control, or have already disposed of, additional property of the estate.

    THEREFORE IT IS ORDERED:

    1.    The plaintiff's request for expedited relief is granted.

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/06/2010*
Lori Vosejpka, Clerk, by LMH

2. The defendants, their agents or assigns are enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by Hecker.

3. The defendants, their agents or assigns shall, within 24 hours of this order, disclose all estate property in their possession to the trustee and allow the trustee access thereto.

4. The defendants are enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.

5. The defendants, their agents or assigns shall, within 24 hours of this order, fully account for their use of the proceeds of the Prudential checks, or other estate property, and shall turn over to the trustee all property purchased with any of the proceeds of the Prudential checks or other estate property.

6. This preliminary injunction shall remain in effect until a trial is held in this adversary proceeding or until further order of this court.

Dated: October 6, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

428319