UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:                                          Case No.:  09-50779
                                                              Chapter 7
Dennis E. Hecker,

       Debtor.

---

Randall L. Seaver, Trustee,                     ADV Case No. 10-5032

       Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

       Defendants.

---

## NOTICE OF HEARING AND MOTION FOR CONTEMPT OF COURT

---

TO:    Parties specified in Local Rule 9013-3.

1.    Randall L. Seaver, the Chapter 7 Trustee ("**Trustee**"), by and through his undersigned counsel, moves the Court for the relief requested below and gives notice of hearing.

2.    The Court will hold a hearing on this Motion at 2:00 p.m. on December 1, 2010, in Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel can be heard.

3.    Any response to this motion must be filed and served by delivery no later than November 26, 2010, which is five (5) days before the above date (including Saturdays, Sundays and holidays).  UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

## MOTION

4.      This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Federal Rule of Bankruptcy Procedure 5005 and Local Rule 1070-1. This Motion is filed under Local Rule 9013-2. The petition commencing this Chapter 7 case was filed on June 4, 2009. The case is now pending in this Court.

5.      This motion arises under 11 U.S.C. §105(a) and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure. Movant requests relief with respect to the failure of Defendant Christi M. Rowan ("**Rowan**") to comply with the Court's Order of October 6, 2010 (granting the Trustee's request for a preliminary injunction) ("**Order**"). A copy of the Order is attached as Exhibit A hereto.

6.      Rowan's untimely response to the Order is attached hereto as Exhibit B.

7.      It is apparent on its face that Rowan's response is incomplete.

8.      In Debtor's accounting, which he produced pursuant to the Order, he disclosed that he gave Rowan $18,015.00. See attached Exhibit C (Nos. 10, 11, 25 and 46). Rowan needs to account for those funds.

9.      Further, through his own investigation, the Trustee has determined that Rowan has converted estate assets not disclosed in her response. Among the converted items are the items attached hereto as Exhibit D. None of these items were disclosed by Rowan.

10.      It is apparent that Rowan has acquired assets with estate funds and has failed or refused to either disclose the same or to turn over said assets as required by the Order. For instance, she apparently shopped at Neiman Marcus with the bankruptcy estate's money. Nothing purchased at Neiman Marcus has been turned over to the Trustee.

11. The Trustee expects that he will incur attorneys' fees of not less than $1,000.00.

12. If required, the Trustee gives notice that he may testify at the hearing of this matter.

**WHEREFORE**, the Trustee requests that this Court find that Rowan be held in civil contempt and that the Court:

1. Direct Rowan to comply with the Order;

2. Award the Trustee his costs and fees incurred in bringing this motion;

3. Directing that Rowan be held in custody until such time as the Court is convinced that Rowan has complied wit h this Court's orders; and,

4. For such other relief the Court deems just and proper under the circumstances.

                                        **LEONARD, O'BRIEN,**
                                        **SPENCER, GALE & SAYRE LTD.**

                                        /e/ Matthew R. Burton

Dated: November 16, 2010            By: _____
                                          Matthew R. Burton, #210018
                                          Attorneys for Trustee
                                          100 South Fifth Street, Suite 2500
                                          Minneapolis, MN 55402
                                          (612) 332-1030

**VERIFICATION**

    I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker, named in the foregoing Notice of Hearing and Motion for Contempt of Court, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


                                            /e/ Randall L. Seaver

Dated:  November 16, 2010                     _____

                                          Randall L. Seaver

430400

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

BKY No. 09-50779

Dennis E. Hecker,

        Debtor.

---

Randall L. Seaver, Trustee,

ADV No. 10-5032

        Plaintiff,

v.

Dennis E. Hecker and
Christi M. Rowan,

        Defendants.

---

## ORDER

This adversary proceeding is before the court on the motion of the plaintiff for a preliminary injunction.

Based on the motion and the file,

The court finds that the proceeds of Prudential Insurance checks which have not been turned over to the trustee (approximately $109,000.00) is property of the bankruptcy estate and the defendants are wrongfully exercising dominion and control over the same. It is also likely that defendants possess and control, or have already disposed of, additional property of the estate.

THEREFORE IT IS ORDERED:

1.    The plaintiff's request for expedited relief is granted.



**EXHIBIT**

_A_

tabbies

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/06/2010*
Lori Vosejpka, Clerk, by LMH

2.     The defendants, their agents or assigns are enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by Hecker.

3.     The defendants, their agents or assigns shall, within 24 hours of this order, disclose all estate property in their possession to the trustee and allow the trustee access thereto.

4.     The defendants are enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.

5.     The defendants, their agents or assigns shall, within 24 hours of this order, fully account for their use of the proceeds of the Prudential checks, or other estate property, and shall turn over to the trustee all property purchased with any of the proceeds of the Prudential checks or other estate property.

6.     This preliminary injunction shall remain in effect until a trial is held in this adversary proceeding or until further order of this court.

Dated:  October 6, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

428319

2

**From:** christi rowan <christimrowan@me.com>
**To:** Matthew Burton <MBurton@losgs.com>
**Date:** 10/7/2010 9:35 PM
**Subject:** Injunction information
**Attachments:** letter to burton 10+7+2010.pdf; Utilities newdimensionshistory_jvr_ar_statement2-1.pdf; Utility Copies (dragged) 1.pdf; Utility Copies (dragged) 2.pdf; Utility Copies (dragged) 3.pdf; Utility Copies (dragged) 4.pdf; Utility Copies (dragged) 5.pdf; Utility Copies (dragged) 6.pdf; Utility Copies (dragged).pdf

**EXHIBIT**

tabbies

B

FROM THE DESK OF

# CHRISTI ROWAN

---

October 7, 2010
Leonard, O'Brien, Spencer, Gale & Sayre, LTD
Matthew Burton
100 South Fifth Street
Suite 2500
Minneapolis, MN 55402
Telephone: (612) 332-1030
Fax: (612) 332-2740

Dear Mr. Burton,

I do not have any assets or money that belongs to Denny Hecker's insurance funds as of July 30,2010.


Sincerely yours,

Christi Rowan

1615 Northridge Drive  Wayzata, MN 55391

| Dec 29, 2009 | **Gas Bill** | $414.41 | $414.41 |
| Dec 17, 2009 | Payment | | $(-1000.00) |
| Dec 17, 2009 | Payment | | $(-460.15) |
| Nov 25, 2009 | **Gas Bill** | $1460.15 | $225.26 |
| Nov 25, 2009 | Late Fee | | $18.25 |
| Oct 27, 2009 | **Gas Bill** | $1216.64 | $150.45 |
| Oct 09, 2009 | Payment | | $(-454.00) |
| Sep 29, 2009 | **Gas Bill** | $1520.19 | $223.70 |
| Sep 03, 2009 | Manual Posting | | $843.00 |
| Sep 01, 2009 | **Gas Bill** | $453.49 | $453.49 |
| Aug 28, 2009 | Payment | | $(-833.00) |
| Jul 31, 2009 | **Gas Bill** | $833.00 | $563.57 |
| Jul 31, 2009 | Late Fee | | $3.98 |
| Jul 02, 2009 | **Gas Bill** | $265.45 | $265.45 |

**Questions or comments?**
Send us an e-mail.

©2010 CenterPoint Energy. All Rights Reserved.

TERMS OF USE    PRIVACY POLICY    FEEDBACK    SITEMAP    CONTACT

**NITRO GREEN**
P.O. Box 41
Maple Plain, MN   55359

(763) 972-6360

# Statement

**CHRISTI ROWAN**
**1615 NORTHRIDGE DRIVE**
**WAYZATA, MN  55391-9571**

| Account No. | Date |
|---|---|
| **149** | **08/01/10** |
| Total Amount Due | |
| **$   2,992.79** | |

Due Upon Receipt

Amount Enclosed $_____

**REMIT TO: NITRO GREEN**

>                                                                          <

Services Rendered At: ROWAN CHRISTI
1615 NORTHRIDGE DRIVE
WAYZATA  MN  55391-9571

Page #    1                                                      Previous Balance:     **1,927.79**

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/01/10 | REMOVE SHRUBS 2 TRIPS // TRUCK AND TRAILER LOADS | | 125.00 |
| 07/08/10 | MOW | | 210.00 |
| 07/09/10 | HAUL AWAY 2 TRAILER LOADS OF TREE BRANCHES | | 200.00 |
| 07/15/10 | MOW | | 210.00 |
| 07/22/10 | MOW | | 210.00 |
| 07/22/10 | PAID 100 CASH | CR | 100.00 |
| 07/29/10 | MOW | | 210.00 |

| Current | Over 30 | Over 60 | Over 90 | Total Amount Due |
|---|---|---|---|---|
| 1,165.00 | 1,827.79 | | | **$    2,992.79** |

**WE DO MOSQUITO CONTROL. IF YOU ARE HAVING**
**PROBLEMS WITH MOSQUITOES PLEASE CALL.**
**THANK YOU**

**Dolphin Pool & Spa, Inc**

**3405 Highway 169 North**
**Plymouth, MN 55441**

763-542-9000

*Bill To*

**CHRISTI ROWAN**
**1615 NORTHRIDGE DRIVE**
**MEDINA, MN 55430**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2010 | 717306 |



| THANK YOU FOR CHOOSING DOLPHIN POOL & SPA |
|---|

| P.O. No. | Terms | Tech/Sales ... |
|----------|-------|-----------|
|  | Due on receipt | TS |

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | POOL OPEN (MESH COVER) | 239.00T |

| How likely would you be to recomend our company to your friends? | | |
|---|---|---|
| Not likley   0 - 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 10   Very likely | **Sales Tax (7.275%)** | $17.39 |
| Would you like to be contacted regarding your response? Yes - No | **Subtotal** | $239.00 |
|  | **Total** | $256.39 |
| Return this orignial survey to our store and receive $5 off a purchase of $50 or more. | **Payments/Credits** | $-256.39 |
|  | **Balance Due** | **$0.00** |



CHRISTI ROWAN
1615 NORTHRIDGE DR
WAYZATA MN 55391 9571

**Account**
Billing Date Jun 19, 2010

| | |
|---|---:|
| Previous Balance | 284.66 |
| Payment Received 6/16/10 *Thank you!* | -583.66 |
| Adjustments | 299.36 |
| New Charges Due 7/8/10 | 201.40 |

**Total Amount Due** | **$201.76**
Payment Due By | 7/8/10

Your account is past due in the amount of $.36. If already paid, please disregard.

Please detach and enclose with your payment.

| | |
|---|---|
| Account Number | 763 473-1104 535 |
| Total Amount Due | $201.76 |
| Payment Due By | 7/8/10 |
| Amount Enclosed | _____ |

CHRISTI ROWAN
1615 NORTHRIDGE DR
WAYZATA MN 55391-9571

Qwest
P O Box 91154
Seattle, WA 98111-9254



CHRISTI ROWAN
1615 NORTHRIDGE DR
WAYZATA MN 55391 9571

**Account**
Billing Date  Jul 19, 2010

| | |
|---|---:|
| Previous Balance | 201.76 |
| New Charges Due 8/6/10 | 150.64 |

| | |
|---|---:|
| **Total Amount Due** | **$352.40** |
| Payment Due By | 8/6/10 |

Your account is past due in the amount of $201.76. If already paid, please disregard.

Please detach and enclose with your payment.



CHRISTI ROWAN
1615 NORTHRIDGE DR
WAYZATA MN 55391-9571

| | |
|---|---:|
| Account Number | 763 473-1104 535 |
| Total Amount Due | $352.40 |
| Payment Due By | 8/6/10 |
| Amount Enclosed | _____ |

Qwest
P O Box 91154
Seattle, WA 98111-9254



**CenterPoint.**
**Energy**

Always There.®

Keep this part of your bill

| | |
|---|---|
| Customer name | CHRISTI ROWAN |
| Account number | 8085114-0 |
| Billing date | 07/28/2010 |
| **Date due** | **08/25/2010** |
| **Total amount due** | **$ 749.98** |

---

**QUESTIONS OR COMMENTS?**

CenterPoint Energy
PO BOX 1144
MINNEAPOLIS MN 55440-1144
(Address not for bill payment)
Monday - Friday Call 7 a.m. - 6 p.m.

| | |
|---|---|
| Bill info | 612-372-4727 |
| Moving | 612-372-4720 |
| Credit | 612-372-4680 |
| Home Service Plus | |
| 24 hours a day | 612-333-6466 |

**DID YOU KNOW?**

For detailed information on our newly approved rate structure, please see insert or visit:
www.centerpointenergy.com/rate case

**We haven't received the past due charges of $265.69 .** Please pay this amount today. If you've recently made your payment, Thank You.

**Step up to the plate and enter the Bring it Home with the Twins contest!** Win 4 tickets to a party in a Target Field suite on Sept. 8 and the chance to win the grand prize gas grill. Enter to win at CenterPointEnergy.com/twins.

**ACCT SUMMARY**

| | Other charges | Gas charges |
|---|---|---|
| Previous balance | $ 99.90 | $609.03 |
| Payment 07/02/2010 | - 37.95 | - 317.05 |
| Balance forward | 61.95 | $ 291.98 |
| Late fee 07/28/2010 | | 3.06 |
| Interim rate refund 07/11/2010 | | - 88.24 |
| Current billing | 61.95 | 419.28 |
| **Total amount due** | **$123.90** | **$626.08** |

**SERVICE ADDRESS**
1615 Northridge Dr
Wayzata MN 55391-9571

**YOUR GAS USAGE**          Meter # M19890837809

| | | |
|---|---|---|
| 35 Day billing period | 06/21/2010 to 07/26/2010 | |
| Current reading | 07/26/2010 | 5158 |
| Previous reading | 06/21/2010 | 4752 |
| Metered usage  406 CCF X Therm factor of 1.11538 = Therms used in 35 days = | | 453 |
| Next meter reading | 08/25/2010 | |
| Next billing date | 08/26/2010 | |

**YOUR BILL IN DETAIL**

| | | | Residential Rate |
|---|---|---|---|
| Basic charge | | | $8.00 |
| Delivery charge | 453 therms | @ $0.16637/THM | 75.37 |
| Gas Affordability PRG | 453 therms | @ $0.00490/THM | 2.22 |
| *Cost of gas | | | |
| 0-30 therms | 30 therms | @ $0.36067/THM | 10.82 |
| 31-110 therms | 80 therms | @ $0.52800/THM | 42.24 |
| 111-165 therms | 55 therms | @ $0.67455/THM | 37.10 |
| 166-200 therms | 35 therms | @ $0.70286/THM | 24.60 |
| Over 200 therms | 253 therms | @ $0.75296/THM | 190.50 |
| Special tax | | | 0.98 |
| County sales tax | | | 0.59 |
| State sales tax | | | 26.86 |
| **Total current charges** | | | **$419.28** |

**OTHER CHARGES DETAIL**

| | |
|---|---|
| Total Repair Plan | $37.95 |
| (Additional coverage: AC Tune-UP, Fireplace Tune-Up, Furnace Tune-Up) | 24.00 |
| **Total other charges** | **$61.95** |

41

---

**CenterPoint.**
**Energy**

Always There.®

**CENTERPOINT ENERGY**
**PO BOX 1144**
**MINNEAPOLIS MN 55440-1144**

Mail this portion with payment. Please do not include letters or notes

| | |
|---|---|
| Account number | 8085114-0 |
| Date due | 08/25/2010 |
| **Total amount due** | **$ 749.98** |
| | **No checks allowed** |

CENTERPOINT ENERGY
PO BOX 4671
HOUSTON TX 77210-4671

00000074 02 SP  0.610 2

CHRISTI ROWAN
1615 NORTHRIDGE DR
WAYZATA MN 55391-9571

0820029736718          0072000008085114050000007499800000074998831



LOGGED IN AS
christi rowan

LOGOUT  →

🌐 Help

## My Account Online

CHANGE USERID OR
PASSWORD

ADD AN ACCOUNT

ACCOUNT DETAIL
▸RECENT BILL
▸VIEW AND PAY YOUR BILL
▸AUTOMATIC BANK DRAFT
▸BUDGET PLAN
▸REPAIR PLAN
▸SERVICE APPOINTMENTS
▸GAS USAGE HISTORY
  ACCOUNT TRANSACTION
  HISTORY
  CHANGE ACCOUNT
▸INFORMATION

OTHER ONLINE PAYMENT
SERVICES

FAQ

CONTACT US

LOGOUT

## Natural Gas Service

RESIDENTIAL

BUSINESS

BUILDERS & TRADE ALLIES

My Account Online  >  Account Detail  >  Account Transaction History

## Account Transaction History

**View your account transactions**

| | |
|---|---|
| **Account Number** | 000008085114-0 |
| **Name on Account** | CHRISTI ROWAN |
| **Service Address** | 1615 NORTHRIDGE DR |
| | WAYZATA MN 55391-9571 |
| **Current Balance** | $830.05 |

A record of your recent account activity is shown below.

| Posting Date | Transaction Type | Invoice Amount | Debit/Credit |
|---|---|---|---|
| Aug 26, 2010 | **Gas Bill** | $830.05 | $221.78 |
| Aug 26, 2010 | Late Fee | | $6.34 |
| Aug 24, 2010 | Manual Posting | | $61.95 |
| Aug 10, 2010 | Payment | | $(-210.00) |
| Jul 28, 2010 | **Gas Bill** | $749.98 | $419.28 |
| Jul 28, 2010 | Late Fee | | $3.06 |
| Jul 26, 2010 | Manual Posting | | $61.95 |
| Jul 11, 2010 | Manual Posting | | $(-88.24) |
| Jul 02, 2010 | Payment | | $(-355.00) |
| Jun 25, 2010 | **Gas Bill** | $708.93 | $609.03 |
| Jun 23, 2010 | Manual Posting | | $61.95 |
| Jun 02, 2010 | Payment | | $(-321.94) |
| May 25, 2010 | **Gas Bill** | $359.89 | $142.59 |
| May 25, 2010 | Late Fee | | $2.32 |
| May 23, 2010 | Manual Posting | | $37.95 |
| May 12, 2010 | Charge | | $22.50 |
| May 12, 2010 | Payment | | $(-1000.00) |
| May 12, 2010 | Payment | | $(-900.00) |
| Apr 26, 2010 | Late Fee | | $28.20 |
| Apr 26, 2010 | **Gas Bill** | $2054.53 | $136.41 |
| Apr 06, 2010 | Returns | | $10.00 |
| Apr 06, 2010 | Returns | | $500.00 |
| Mar 26, 2010 | **Gas Bill** | $833.79 | $333.79 |
| Mar 24, 2010 | Payment | | $(-500.00) |
| Feb 25, 2010 | Late Fee | | $14.78 |
| Feb 25, 2010 | **Gas Bill** | $1546.13 | $546.04 |
| Jan 27, 2010 | **Gas Bill** | $985.31 | $564.68 |
| Jan 27, 2010 | Late Fee | | $6.22 |

**Helpful Tips**

**Seal air leaks!**
Every home is
different, but a
very leaky
house can cost
up to 40%
more to heat or
cool due to lost
energy.

# Statement

JOHN V. RIMARCIK: Business
107 Washington Avenue North
Minneapolis, Minnesota  55401
(612) 339-5712

Statement Date:   10/09/2010

Customer Number:   00-NEWDIM

NEW DIMENSIONS LLC
219 NORTH SECOND STREET
SUITE 120
MINNEAPOLIS, MN  55401

Contact:

| Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|
| 4/1/2010 | Security Deposit | 1,500.00 | | |
| 6/23/2010 | Payment Ref: 66769086 | | 1,000.00 | |
| 6/23/2010 | Payment Ref: 66769087 | | 500.00 | 0.00 |
| 4/9/2010 | RENT: 204 Washington Av N | 500.00 | | |
| 6/23/2010 | Payment Ref: 66769087 | | 500.00 | 0.00 |
| 4/9/2010 | Advance for Utilities | 500.00 | | 500.00 |
| 4/30/2010 | Centerpoint Energy Minnegasco | 17.56 | | 17.56 |
| 4/30/2010 | Minneapolis Finance: Water | 39.26 | | 39.26 |
| 4/30/2010 | Xcel Energy | 46.88 | | 46.88 |
| 5/1/2010 | Advance for Utilities | 0.00 | | 0.00 |
| 5/8/2010 | Interest | 37.50 | | 37.50 |
| 5/9/2010 | RENT: 204 Washington Av N | 500.00 | | 500.00 |
| 5/9/2010 | RENT: 204 Washington Av N | 0.00 | | 0.00 |
| 5/30/2010 | Centerpoint Energy Minnegasco | 17.56 | | 17.56 |
| 5/30/2010 | Minneapolis Finance: Water | 39.26 | | 39.26 |
| 5/30/2010 | Xcel Energy | 93.32 | | 93.32 |
| 6/8/2010 | Interest | 45.00 | | 45.00 |
| 6/9/2010 | RENT: 204 Washington Av N | 500.00 | | 500.00 |
| 6/30/2010 | Interest | 53.74 | | 53.74 |
| 6/30/2010 | Centerpoint Energy Minnegasco | 18.56 | | 18.56 |
| 6/30/2010 | Minneapolis Finance: Water | 41.22 | | 41.22 |
| 6/30/2010 | Xcel Energy | 151.04 | | 151.04 |
| 7/9/2010 | RENT: 204 Washington Av N | 500.00 | | 500.00 |
| 7/31/2010 | Interest | 39.01 | | 39.01 |
| 8/9/2010 | RENT: 204 Washington Av N | 500.00 | | 500.00 |
| 8/9/2010 | Centerpoint Energy Minnegasco | 18.28 | | 18.28 |
| 8/9/2010 | Xcel Energy | 97.57 | | 97.57 |
| 8/31/2010 | Interest | 48.84 | | 48.84 |
| 9/9/2010 | RENT: 204 Washington Av N | 500.00 | | 500.00 |
| 9/9/2010 | Centerpoint Energy Minnegasco | 16.32 | | 16.32 |
| 9/9/2010 | Xcel Energy | 98.80 | | 98.80 |
| 9/9/2010 | Minneapolis Finance: Water | 10.30 | | 10.30 |
| 9/30/2010 | Interest | 58.95 | | 58.95 |
| 10/9/2010 | RENT: 204 Washington Av N | 500.00 | | 500.00 |
| | | | | Continued |

# Statement

JOHN V. RIMARCIK: Business
107 Washington Avenue North
Minneapolis, Minnesota  55401
(612) 339-5712

**Statement Date:**  10/09/2010

**Customer Number:**  00-NEWDIM

NEW DIMENSIONS LLC
219 NORTH SECOND STREET
SUITE 120
MINNEAPOLIS, MN  55401

**Contact:**

| Date | Description | Charge | Credit | Balance |
|------|-------------|--------|--------|---------|
| 10/9/2010 | Centerpoint Energy Minnegasco | 13.58 | | 13.58 |
| 10/9/2010 | Xcel Energy | 86.15 | | 86.15 |
| 10/9/2010 | Minneapolis Finance: Water | 5.15 | | 5.15 |

|  |  |  |  |  | Total: | 4,593.85 |
|--|--|--|--|--|--------|----------|

| Current | 30 Days | 60 Days | 90 Days | 120 Days | Balance Due |
|---------|---------|---------|---------|----------|-------------|
| 663.83 | 674.26 | 654.86 | 764.56 | 1,836.34 | 4,593.85 |

Your account with us is seriously past due.
Remit today so that we may continue to serve you.

| | |
|---|---|
| **From:** | christi rowan <christimrowan@me.com> |
| **To:** | Matthew Burton <MBurton@losgs.com> |
| **Date:** | 10/7/2010 9:22 PM |
| **Subject:** | INJUNCTION INFORMATION |
| **Attachments:** | CR 1Wright-Hennepin Electric Cooperative - Payment History.pdf; - CR Wright-Hennepin Electric Cooperative - Payment History.pdf; D. CR CashPass Deposits June-July2010.pdf; Part.003; CR- DEPOSITS FOR JUNE -JULY2010.pdf; C. CR CashPass June-July 2010.pdf; direct tv - July 2010.pdf; direct tv - July payment august billing  2010.pdf; direct tv - june 2010.pdf |



ONLINE ACCOUNT SERVICES

**HeatMyFloors.com Website**     **WH Security Website**     **WH's Website**     **Log Out**     **Contact Us**

Home | Payment History

# Payment History

🖨 Print

| 15016840942 - Electric 🔽 | Current Account |

| Account Number | **15016840942** |
| Account Holder Name | **Christi M Rowan** |
| Service Address | **1615 Northridge Dr** |

### PAYMENT HISTORY

The following data represents the most recent historical payments against your account.

| Previous |     Page 2 of 3     | Next |

| PAYMENT DATE | STATUS | PAYMENT AMOUNT |
|---|---|---|
| 24-Aug-2010 | Processed | $ 130.00 |
| 01-Jul-2010 | Processed | $ 568.00 |
| 02-Jun-2010 | Processed | $ 600.00 |
| 08-Apr-2010 | Processed | $ 2125.30 |
| 18-Mar-2010 | Processed | $ 320.00 |
| 17-Mar-2010 | Processed | $ 833.00 |
| 18-Feb-2010 | Reversed | $ 1000.00 |

©Copyright 2004   Wright-Hennepin Cooperative Electric Association
All rights reserved.
6800 Electric Drive, PO Box 330 Rockford, MN 55373-0330
(763) 477-3000

Legal

< Back to Summary         Download PDF         Print         View by Statement Date: 06/03/2010

Billing Address:          Service Address:
**DENNY HECKER**          **DENNY HECKER**          
1615 N RIDGE DR           1615 N RIDGE DR
WAYZATA, MN               WAYZATA, MN
55391-9571                55391-9571

| Date Due | Account Number | Amount Due |
|---|---|---|
| **06/22/2010** | **035779132** | **$192.09** |

Pay online today at directv.com/myaccount

## Account Summary

| Bill Statement Date | | |
|---|---|---|
| 06/03/2010 | Previous Balance | 246.19 |
| | Payments | -246.19 |
| | Current Charges & Fees | 181.96 |
| | Adjustments & Credits | -2.33 |
| | Taxes | 12.46 |
| | **Amount Due** | **$192.09** |

To contact us call 1-800-531-5000

Refer 10 friends and get $1000 off your bill! They each get $100 off! Friends must call 1-866-443-8869 by 7/21/10 and give your account number when ordering. Conditions apply. Visit directv.com/refer for details.

Get access to your teams & scores - With ScoreGuide™, only on DIRECTV. Press the RED button while watching any sports channel.

Attention Golf Fans! The U.S. Open Experience. Catch bonus coverage and interactive fun Chs 701-705, June 17-20.

## Account Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 246.19 |
| 05/17 | | Payment - Thank You - VISA | -246.19 |

**Current Charges for Service Period 06/02/10 - 07/01/10**

| 06/02 | 07/01 | PREMIER Monthly | 114.99 |
|---|---|---|---|
| 06/02 | 07/01 | HD Access Monthly | 10.00 |
| 05/23 | | PPV: Tooth Fairy ADT on receiver 2186-879769 | 4.99 |
| 05/24 | | PPV: The Spy Next Door (HD) on receiver 2186-879769 | 5.99 |
| 05/26 | | PPV: Dear John (HD) ADT on receiver 2186-879769 | 5.99 |

**Fees**

| 06/03 | Leased Receiver | 5.00 |
|---|---|---|
| 06/03 | Leased Receiver | 5.00 |
| 06/03 | Leased Receiver | 5.00 |
| 06/03 | Leased Receiver | 5.00 |
| 06/03 | Leased Receiver | 5.00 |
| 06/03 | Leased Receiver | 5.00 |
| 06/03 | Leased Receiver | 5.00 |
| 06/03 | Primary Leased Receiver | 5.00 |

**Adjustments & Credits**

| 05/17 | 06/01 | Minimum Service Partial Month Charge | 2.67 | |
|---|---|---|---|---|
| 06/03 | | Primary Leased Receiver | -5.00 | Credit |

**Taxes**

| Sales Tax | 12.46 |
|---|---|

| **AMOUNT DUE** | **$192.09** |
|---|---|

Cancel Paperless Statements

< Back to Summary        Download PDF        Print        View by Statement Date: [ 08/03/2010 ]

Service Interruption Date: **08/12/2010**

Billing Address:
**CHRISTI ROWAN**
1615 NORTHRIDGE DR
WAYZATA, MN
55391-9571

Service Address:
**DENNY HECKER**
1615 N RIDGE DR
WAYZATA, MN
55391-9571



| ▪ Date Due | ▪ Account Number | ▪ Amount Due |
|---|---|---|
| **Immediately** | **035779132** | **$326.75** |

To ensure fastest payment processing close this window and select the
Pay Today option. For a list of other payment options visit
http://www.directv.com/billinginfo.

Pay online today at directv.com/myaccount

**▪ Account Summary**

**Bill Statement Date** | | |
08/03/2010
| **Previous Balance** | 392.73 |
| Payments | -242.09 |
| Current Charges & Fees | 169.99 |
| Adjustments & Credits | -5.00 |
| Taxes | 11.12 |
| **Amount Due** | **$326.75** |

To contact us call 1-800-531-5000

IMPORTANT Please pay your bill immediately to avoid losing your service. If your
service is interrupted, you must return all leased receivers to DIRECTV or be charged a
non-return fee.

Refer 10 friends and get $1000 off your bill! They each get $100 off! Friends must call
1-866-443-8869 by 10/6/10 and give your account number when ordering. Conditions
apply. Visit directv.com/refer for details.

Customer Information Channel 1 Tune in to see new videos and learn more about your
DIRECTV services and special features.

**▪ Account Activity**

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 392.73 |

| 07/14 | | Payment - Thank You - MasterCard | -192.09 | |
| 08/02 | | Payment - Thank You - MasterCard | -50.00 | |

**Current Charges for Service Period 08/02/10 - 09/01/10**

| 08/02 | 09/01 | PREMIER Monthly | 114.99 |
| 08/02 | 09/01 | HD Access Monthly | 10.00 |

**Fees**

| 08/03 | Late Fee | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Leased Receiver | 5.00 |
| 08/03 | Primary Leased Receiver | 5.00 |

**Adjustments & Credits**

| 08/03 | Primary Leased Receiver | -5.00 | Credit |

**Taxes**

| | Sales Tax | 11.12 |

**AMOUNT DUE**     **$326.75**

See back of bill for a list of payment methods. Avoid the $5 phone payment
fee by paying online or mailing your payment!

Cancel Paperless Statements

< Back to Summary          Download PDF          Print          View by Statement Date: 07/03/2010

*Service Interruption Date:* **07/17/2010**

Billing Address:          Service Address:

**DENNY HECKER**          **DENNY HECKER**

1615 N RIDGE DR          1615 N RIDGE DR

WAYZATA, MN          WAYZATA, MN

55391-9571          55391-9571





| Date Due | Account Number | Amount Due |
|---|---|---|
| **Immediately** | 035779132 | **$392.73** |

To ensure fastest payment processing close this window and select the
Pay Today option. For a list of other payment options visit
http://www.directv.com/billinginfo.

Pay online today at directv.com/myaccount

**Account Summary**

| Bill Statement Date | | |
|---|---|---|
| 07/03/2010 | **Previous Balance** | 192.09 |
| | Payments | 0.00 |
| | Current Charges & Fees | 192.95 |
| | Adjustments & Credits | -5.00 |
| | Taxes | 12.69 |
| | **Amount Due** | **$392.73** |

To contact us call 1-800-531-5000

IMPORTANT Please pay your bill immediately to avoid losing your service. If your
service is interrupted, you must return all leased receivers to DIRECTV or be charged a
non-return fee.

Refer 10 friends and get $1000 off your bill! They each get $100 off! Friends must call
1-866-443-8869 by 7/21/10 and give your account number when ordering. Conditions
apply. Visit directv.com/refer for details.

Attention Golf Fans! The British Open Experience Catch bonus coverage and interactive
fun Channels 701-705, July 15-18.

## ⁙ Account Activity

| Start | End | Description | Amount |
|-------|-----|-------------|--------|
| | | Previous Balance | 192.09 |
| | | Payment | 0.00 |

### Current Charges for Service Period 07/02/10 - 08/01/10

| Start | End | Description | Amount |
|-------|-----|-------------|--------|
| 07/02 | 08/01 | PREMIER Monthly | 114.99 |
| 07/02 | 08/01 | HD Access Monthly | 10.00 |
| 06/08 | | PPV: The Princess and The (HD) on receiver 2186-879769 | 5.99 |
| 06/08 | | PPV: It's Complicated (HD) ADT on receiver 2186-879769 | 5.99 |
| 06/14 | | PPV: The Princess and The (HD) on receiver 2186-879769 | 5.99 |
| 06/18 | | PPV: When In Rome ADT on receiver 2186-879769 | 4.99 |

### Fees

| Start | Description | Amount |
|-------|-------------|--------|
| 07/03 | Late Fee | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Leased Receiver | 5.00 |
| 07/03 | Primary Leased Receiver | 5.00 |

### Adjustments & Credits

| Start | Description | Amount | |
|-------|-------------|--------|---|
| 07/03 | Primary Leased Receiver | -5.00 | Credit |

### Taxes

| | |
|---|---|
| Sales Tax | 12.69 |

**AMOUNT DUE** | **$392.73**

See back of bill for a list of payment methods. Avoid the $5 phone payment
fee by paying online or mailing your payment!

Cancel Paperless Statements

# CHRISTI ROWAN DEPOSITS JUNE - JULY 2010

## TRANSACTIONS

| Type | Date | Description | Amount | Balance |
|---|---|---|---|---|
| child support | 6/1/10 | child support | $ 1,910.00 | |
| brent | 6/1/10 | | $ 1,000.00 | |
| cr annuity | 6/11/10 | transamerica life insurance - owned policy since 1996 | $ 1,345.00 | |
| DH | 6/29/10 | instructed to pay bills | $ 1,475.00 | |
| child support | 7/1/10 | child support | $ 1,910.00 | |
| brent | 7/1/10 | | $ 1,000.00 | |
| wells fargo | 7/1/10 | closed account , sent funds left in account | $ 75.00 | |
| wells fargo | 7/1/10 | closed account , sent funds left in account | $ 10.00 | |
| DH | 7/4/10 | cash pass mc transfer to cr cash pass mc , instructed to pay bills | $ 750.00 | |
| June llc | 7/5/10 | sold clothes | $ 553.62 | |
| DH | 7/8/10 | cash pass mc transfer to cr cash pass mc , instructed to pay bills | $ 500.00 | |
| rsvp | 7/13/10 | wedding photography editing | $ 500.00 | |
| DH | 7/16/10 | cash pass mc transfer to cr cash pass mc , instructed to pay bills | $ 250.00 | |
| june llc | 7/18/10 | sold clothes | $ 303.13 | |
| DH | 7/20/10 | cash pass mc transfer to cr cash pass mc , instructed to pay bills | $ 400.00 | |
| brent | 7/22/10 | | $ 1,000.00 | |
| DH | 7/27-7/30/2010 | cash pass mc transfer to cr cash pass mc , instructed to pay bills | $ 1,750.00 | |
| CR TO DH | 7/30/10 | | $ (500.00) | |
| | | | Subtotal | $ 14,717.00 |
| | | | CR FUNDS | $ 10,342.00 |
| | | | DH FUNDS | $ 4,375.00 |

# Account Transaction View

Christi Rowan
1615 N Ridge Drive
Wayzata, MN 55391

06/01/2010 - 07/31/2010
Account Number:

## Account Information Profile

| | |
|---|---|
| Available Cash | $0.48 |
| Total Authorizations This Period | $0.00 |
| Total Credits This Period | $13240.65 |
| Total Debits This Period | $-12374.38 |

## Authorization Detail

(No authorizations exist for the current date range.)

## Transaction Detail

| Date▲ | Details | Amount |
|---|---|---|
| 07/31/2010 | Settled Authorization - DELTA REINSTATE MILES\6N512 Juniper Ct\8DELTA REINSTATE MILES 888-750-3284 IL | $-268.75 |
| 07/31/2010 | Settled Authorization - APPLAUSE\7246 E 1ST ST\SCOTTSDALE \852APPLAUSE SCOTTSDALE AZ | $-35.00 |
| 07/31/2010 | Settled Authorization - THE DISNEY STORE #333 \7014-2216 E CAMELTHE DISNEY STORE #333 SCOTTSDALE AZ | $-32.69 |
| 07/31/2010 | Settled Authorization - APL*ITUNES\1 INFINITE LOOP\866-712-7753\APL*ITUNES 866-712-7753 CA | $-2.83 |
| 07/31/2010 | Settled Authorization - YOGURTLAND FASHION SQ \4513 N SCOTTSDALEYOGURTLAND FASHION S SCOTTSDALE AZ | $-5.59 |
| 07/31/2010 | Settled Authorization - SAUCE-SCOTTSDALE W\7135 E CAMELBACK R\SCSAUCE-SCOTTSDALE W SCOTTSDALE AZ | $-23.15 |
| 07/31/2010 | Settled Authorization - OLIVE & IVY\7135 E CAMELBACK RD\SCOTTSDAOLIVE & IVY SCOTTSDALE AZ | $-43.91 |
| 07/31/2010 | Settled Authorization - BREADSMITH OF MINNEQPS\1816 SO PLYMOUTH BREADSMITH OF MINNETON MINNETONKA MN | $-17.95 |
| 07/30/2010 | Fee - Card2Card fee | $-2.50 |
| 07/30/2010 | CashPass Card-2-Card Transfer | $-150.00 |
| 07/30/2010 | Card to Card | $250.00 |
| 07/30/2010 | Card to Card | $250.00 |
| 07/30/2010 | Card to Card | $200.00 |
| 07/30/2010 | Settled Authorization - JUSTANSWER *EXPERTS\38 Keyes Ave Ste 15JUSTANSWER *EXPERTHLP 888-587-8220 CA | $-76.00 |
| 07/30/2010 | Settled Authorization - BLUE BURRITO GRILLE #9\7014 E CAMELBACK BBG RESTAURANTS LLC SCOTTSDALE AZ | $-14.34 |
| 07/30/2010 | Settled Authorization - BURGER KING - 20351QPS\4300 GLUMACK DRIVBurger King - E MSP St. Paul MN | $-5.57 |
| 07/30/2010 | Settled Authorization - NT FRENCH MEAD20354QPS\3412 CONCOURSE C NT French Meadow Baker St. Paul MN | $-9.64 |
| 07/30/2010 | Settled Authorization - SARKU JAPAN 204 QAE\7014 EAST CAMELBASARKU JAPAN 204 SCOTTSDALE AZ | $-6.62 |
| 07/30/2010 | Settled Authorization - Z TEJAS SCOTTSDALE #10\7014 E. CAMELBACKZ' TEJAS INC SCOTTSDALE AZ | $-57.20 |
| 07/30/2010 | Settled Authorization - OLIVE & IVY\7135 E CAMELBACK RD\SCOTTSDAOLIVE & IVY SCOTTSDALE AZ | $-2.45 |
| 07/30/2010 | Settled Authorization - JUICY COUTURE #3500 \7041 E CAMEBACK RJUICY COUTURE #3500 | $-62.10 |

| Date | Description | Amount |
|---|---|---|
| 07/30/2010 | SCOTTSDALE AZ | $-05.19 |
| 07/29/2010 | Card to Card | $100.00 |
| 07/29/2010 | Settled Authorization - HENNEPIN COUNTY DISTRI\300 S 6TH ST\612-HENNEPIN COUNTY DISTRI MINNEAPOLIS MN | $-73.25 |
| 07/29/2010 | Settled Debit - 3806-W-LAKE-S MINNEAPOLIS MN | $-62.50 |
| 07/29/2010 | Settled Authorization - SUPERAMERICA 04172\3800 W LAKE ST\MINNEASUPERAMERICA 04172 MINNEAPOLIS MN | $-55.22 |
| 07/29/2010 | Settled Authorization - WEST PHOTO \21 UNIVERSITY AVEWEST PHOTO MINNEAPOLIS MN | $-226.34 |
| 07/29/2010 | Settled Authorization - BRUEGGERS #71 QAE\1808 S PLYMOUTH RBRUEGGERS #71 MINNETONKA MN | $-11.46 |
| 07/28/2010 | Card to Card | $250.00 |
| 07/28/2010 | Card to Card | $250.00 |
| 07/28/2010 | Fee - ATM Domestic Fee | $-2.00 |
| 07/27/2010 | Card to Card | $250.00 |
| 07/27/2010 | Card to Card | $250.00 |
| 07/27/2010 | Card to Card | $250.00 |
| 07/26/2010 | Settled Authorization - WESTRN UNION*CALL CASH\20 CORPORATE HILLWESTRN UNION*CALL CASH 800-525-3403 MO | $-269.99 |
| 07/24/2010 | Settled Debit - 4175 Vinewood Lane Nor Plymouth MN | $-100.50 |
| 07/24/2010 | Settled Debit - 16705 Country Rd 24 PLYMOUTH MN | $-54.02 |
| 07/24/2010 | Settled Debit - ELM CREEK BLVD SP#B18 MAPLE GROVE MN | $-386.36 |
| 07/24/2010 | Settled Debit - 12129 ELM CREEK BLVD. MAPLE GROVE MN | $-62.98 |
| 07/24/2010 | Settled Authorization - STARBUCKS USA 00023QPS\16725 C R 24 SBUX Plymouth #02330 Plymouth MN | $-13.53 |
| 07/24/2010 | Settled Authorization - CHAMPPS #65201 \1641 PLYMOUTH ROAFRANCHISE SERVICES MINNETONKA MN | $-75.34 |
| 07/23/2010 | Fee - Transaction fee | $-0.45 |
| 07/23/2010 | Settled Debit - AMERICAN AIRLINES FCU DFW AIRPORT TX | $-62.50 |
| 07/23/2010 | Settled Authorization - CA ONE@DAL/FTWRTH INTL\2333 S INTL PKWY CA ONE@DAL/FTWRTH INTL DFW AIRPORT TX | $-10.23 |
| 07/23/2010 | Settled Authorization - WESTIN GALLERIA DALLAS\13340 DALLAS PKWYWESTIN GALLERIA DALLAS DALLAS TX | $-116.67 |
| 07/22/2010 | Fee - Transaction fee | $-0.45 |
| 07/22/2010 | Fee - Transaction fee | $-0.45 |
| 07/22/2010 | Fee - Transaction fee | $-0.45 |
| 07/22/2010 | Fee - Load Fee | $-2.00 |
| 07/22/2010 | DirectNet Load | $1000.00 |
| 07/22/2010 | Settled Authorization - CORNER BAKERY 01100916\13350 N DALLAS PKCORNERBAKERY0091 DALLAS TX | $-22.34 |
| 07/22/2010 | Settled Authorization - DIRECT SU\1300 MENDOTA HEIGHTS\DFW\55120SUN COUNTRY SY EFHKKI DFW AIRPORT TX | $-118.24 |
| 07/22/2010 | Settled Authorization - ORANGECUP \13350 DALLAS PARKORANGECUP DALLAS TX | $-12.45 |
| 07/21/2010 | Fee - ATM Domestic Fee | $-2.00 |
| 07/21/2010 | Settled Authorization - SALLY BEAUTY #2922 QPS\170 E STACY RD STSALLY BEAUTY #2922 ALLEN TX | $-4.14 |
| 07/20/2010 | Card to Card | $100.00 |
| 07/20/2010 | Card to Card | $50.00 |
| 07/20/2010 | Card to Card | $250.00 |
| 07/20/2010 | Settled Debit - 1226 W MCDERMOTT DR ALLEN TX | $-17.45 |
| 07/20/2010 | Settled Debit - 900 W MCDERMOTT DR ALLEN TX | $-8.10 |
| 07/20/2010 | Settled Authorization - CINEMARK USA Q36\7201 CENTRAL EXPSCINEMARK (THE LEGACY PLANO TX | $-38.00 |
| 07/20/2010 | Settled Authorization - TEXACO 0309094\802 W. MCDERMOTT DRIVE\ALTWIN CREEKS ALLEN TX | $-58.67 |
| 07/19/2010 | Fee - Transaction fee | $-0.45 |
| 07/19/2010 | Fee - Transaction fee | $-0.45 |
| 07/19/2010 | Settled Authorization - STARBUCKS USA 00063QPS\904 MCDERMOTT DRISBUX Allen #06321 Allen TX | $-13.86 |
| 07/19/2010 | Settled Authorization - TEXAS ROADHOUSE #2247 \2773 US HIGHWAY 7TEXAS ROADHOUSE | $-52.86 |

| Date | Description | Amount |
|---|---|---|
| 07/19/2010 | #224 SHERMAN TX | $-55.80 |
| 07/19/2010 | Settled Authorization - MOZY.COM \2162 GROVE PKWY #Mozy com 801-7562331 UT | $-9.90 |
| 07/18/2010 | Settled Debit - 900 W MCDERMOTT DR ALLEN TX | $-100.50 |
| 07/17/2010 | Settled Authorization - LORD FLETCHERS\3746 SUNSET DR\SPRING PARLORD FLETCHERS SPRING PARK MN | $-156.00 |
| 07/16/2010 | Fee - Transaction fee | $-0.45 |
| 07/16/2010 | Card to Card | $250.00 |
| 07/16/2010 | Settled Authorization - ATTM *512049118342 \12525 CINGULAR WAAT&T QD MNY ALPHARETTA GA | $-131.97 |
| 07/15/2010 | Settled Authorization - THE UPS STORE #3798 \1161 WAYZATA BLVDTHE UPS STORE #3798 WAYZATA MN | $-10.00 |
| 07/15/2010 | Settled Authorization - 11320-LULULEMON SHOP W\#3254, 1639 WEST 11320-LULULEMON SHOP ST LOUIS PARK MN | $-225.00 |
| 07/15/2010 | Settled Authorization - CHIPOTLE 1172 QAE\12509 WAYZATA BLVCHIPOTLE 1172 MINNETONKA MN | $-7.78 |
| 07/14/2010 | Fee - Monthly fee | $-6.95 |
| 07/13/2010 | Fee - Load Fee | $-2.00 |
| 07/13/2010 | DirectNet Load | $500.00 |
| 07/12/2010 | CashPass Card-2-Card Transfer | $-210.00 |
| 07/12/2010 | Fee - Card2Card fee | $-2.50 |
| 07/12/2010 | Fee - Card2Card fee | $-2.50 |
| 07/12/2010 | CashPass Card-2-Card Transfer | $-250.00 |
| 07/12/2010 | CashPass Card-2-Card Transfer | $-150.00 |
| 07/12/2010 | Fee - Card2Card fee | $-2.50 |
| 07/12/2010 | Settled Authorization - TURTLE BREAD-TOSCA \3421 W 44TH STREETURTLE BREAD-TOSCA MINNEAPOLIS MN | $-10.85 |
| 07/12/2010 | Settled Authorization - BEAD MONKEY INC THE\3717 WEST 50TH STREEBead Monkey Inc The Minneapolis MN | $-13.96 |
| 07/10/2010 | Settled Debit - URBAN OUTFITTERS 63 BLOOMINGTON MN | $-192.20 |
| 07/10/2010 | Settled Debit - 3060 Excelsior Blvd. Minneapolis MN | $-39.03 |
| 07/10/2010 | Settled Authorization - STARBUCKS USA 00024QPS\740 E LAKE ST SBUX Wayzata #02440 Wayzata MN | $-9.82 |
| 07/10/2010 | Settled Authorization - HGI MAPLE GROVE\6350 VINEWOOD LN N\MAPLEHilton Garden Maple Gr Maple Grove MN | $-88.22 |
| 07/10/2010 | Settled Authorization - WOLFGANG PUCK EXPREQPS\MALL OF AMERICA SWOLFGANG PUCK EXPRESS BLOOMINGTON MN | $-21.63 |
| 07/09/2010 | Fee - Transaction fee | $-0.45 |
| 07/09/2010 | Settled Authorization - DAIRY QUEEN #11160 QPS\4000 ANNAPOLIS LNDAIRY QUEEN #11160 PLYMOUTH MN | $-7.80 |
| 07/09/2010 | Settled Authorization - SAUCE PIZZA & WINE\1610 West End Blvd.\9SAUCE PIZZA & WINE MINNEAPOLIS MN | $-57.12 |
| 07/09/2010 | Settled Authorization - ORIGINAL PANCAKE HOUSE\6322 VINEWOOD LN ORIGINAL PANCAKE HOUSE MAPLE GROVE MN | $-50.43 |
| 07/09/2010 | Settled Authorization - OH BABY ON THE LAK\743 LAKE STREET EA\WAOH BABY ON THE LAK WAYZATA MN | $-87.88 |
| 07/09/2010 | Settled Authorization - MANN THEATRES INC. QPS\3400 VICKSBERG LAMANN THEATRES INC. PLYMOUTH MN | $-21.75 |
| 07/09/2010 | Settled Authorization - DOMINO'S PIZZA #7357 \13590 GROVE DR DOMINO'S PIZZA #0735 MAPLE GROVE MN | $-20.40 |
| 07/08/2010 | Fee - Transaction fee | $-0.45 |
| 07/08/2010 | Card to Card | $250.00 |
| 07/08/2010 | Card to Card | $250.00 |
| 07/08/2010 | Settled Authorization - THE UPS STORE #3798 \1161 WAYZATA BLVDTHE UPS STORE #3798 WAYZATA MN | $-6.68 |
| 07/07/2010 | Settled Authorization - MORTS DELICATESSEN\525 WINNETKA AVE N\GOMorts Delicatessen Golden Valley MN | $-77.97 |
| 07/07/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-12.00 |
| 07/07/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON | $-60.00 |

| Date | Description | Amount |
|---|---|---|
| 07/07/2010 | WAYZATA MN | $-00.00 |
| 07/06/2010 | Settled Authorization - LUNDS #8 Q\1151 WAYZATA BLVD\WLUNDS #8 WAYZATA MN | $-141.35 |
| 07/06/2010 | Settled Authorization - MENARDS GOLDEN VALLEY\6800 WAYZATA BLVD\MENARDS - GOLDEN VALLE GOLDEN VALLEY MN | $-105.26 |
| 07/06/2010 | Settled Authorization - GRAND VIEW LODGE & TEN\23611 S WOODWARD GRAND VIEW LODGE & TEN NISSWA MN | $-100.00 |
| 07/06/2010 | Settled Authorization - BRUEGGERS #225 QAE\4000 ANNAPOLIS LABRUEGGERS #225 PLYMOUTH MN | $-5.44 |
| 07/04/2010 | Card to Card | $250.00 |
| 07/04/2010 | Card to Card | $250.00 |
| 07/04/2010 | Card to Card | $250.00 |
| 07/03/2010 | Settled Authorization - FEES\8750 N CENTRAL EXPY 20TH FL\214-750FEES 214-750-2700 TX | $-3.95 |
| 07/03/2010 | Settled Authorization - EDINA GRILL\5028 FRANCE AVE S\EDINA\5541EDINA GRILL EDINA MN | $-50.70 |
| 07/03/2010 | Settled Authorization - CENTERPOINT ENERGY\8750 N CENTRAL EXPY 2CENTERPOINT ENERGY 612-372-4727 TX | $-355.00 |
| 07/02/2010 | Settled Authorization - VON MAUR EDEN PRAIRIE\400 EDEN PRAIRIE CEDEN PRAIRIE EDEN PRAIRIE MN | $-45.16 |
| 07/02/2010 | Settled Authorization - ITALIAN TAN\4000 ANNAPOLIS LAN\PLYMOUTH\ITALIAN TAN PLYMOUTH MN | $-114.26 |
| 07/02/2010 | Settled Authorization - COS BAR OF EDINA\3905 W 50TH ST\EDINA\55COS BAR OF EDINA EDINA MN | $-21.99 |
| 07/02/2010 | Settled Authorization - COS BAR OF EDINA\3905 W 50TH ST\EDINA\55COS BAR OF EDINA EDINA MN | $-80.99 |
| 07/02/2010 | Settled Authorization - STARBUCKS USA 00024QPS\740 E LAKE ST SBUX Wayzata #02440 Wayzata MN | $-3.16 |
| 07/01/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-45.00 |
| 07/01/2010 | Settled Authorization - J CREW RETAIL #602 \60 EAST BROADWAY J CREW RETAIL #602 BLOOMINGTON MN | $-443.43 |
| 06/30/2010 | Settled Authorization - WEST ELM 0916\1111 Metropolitan Ave #H20WEST ELM 0916 CHARLOTTE NC | $-172.69 |
| 06/30/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-30.00 |
| 06/30/2010 | Settled Authorization - LOWES #01955*\3205 VICKSBURG LANE NORTH\LOWE'S #1955 PLYMOUTH MN | $-43.19 |
| 06/30/2010 | Settled Authorization - CHIPOTLE 0196 QAE\3425 VICKSBURG LACHIPOTLE 0196 PLYMOUTH MN | $-17.65 |
| 06/30/2010 | Settled Authorization - CHIPOTLE 0196 QAE\3425 VICKSBURG LACHIPOTLE 0196 PLYMOUTH MN | $-3.59 |
| 06/29/2010 | Fee - Load Fee | $-2.00 |
| 06/29/2010 | DirectNet Load | $1475.00 |
| 06/29/2010 | Settled Authorization - J CREW RETAIL #602 \60 EAST BROADWAY J CREW RETAIL #602 BLOOMINGTON MN | $-301.96 |
| 06/28/2010 | Settled Authorization - INT*INTELIUS CM\500 108TH AVE NE, STE 16INT*INTELIUS CM 888-445-2727 WA | $-4.49 |
| 06/28/2010 | Settled Authorization - PAYTEK SOLUTIONS\240 GLENIS DRIVE\MURFREPAYTEK SOLUTIONS MURFREESBORO TN | $-104.20 |
| 06/28/2010 | Settled Authorization - HOMEGOODS #326\4190 VINEWOOD LN N STE 13HOMEGOODS #326 PLYMOUTH MN | $-36.44 |
| 06/28/2010 | Settled Authorization - TJMAXX #0727\4190 VINEWOOD LN N\PLYMOUTHTJMAXX #0727 PLYMOUTH MN | $-24.97 |
| 06/26/2010 | Settled Authorization - ATTM *512049118342 \12525 CINGULAR WAAT&T QD MNY ALPHARETTA GA | $-150.00 |
| 06/26/2010 | Settled Authorization - CHIPOTLE 0884 QAE\1313 WAYZATA BLVDCHIPOTLE 0884 WAYZATA MN | $-14.75 |
| 06/26/2010 | Settled Authorization - DUNDEE NURSERY & FLORA\16800 HIGHWAY 55 DUNDEE NURSERY & LANDS PLYMOUTH MN | $-28.65 |
| 06/26/2010 | Settled Debit - TCF WAYZATA CORP DU WAYZATA MN | $-163.00 |
| 06/26/2010 | Settled Authorization - THE ORIGINAL PANCAKE H\901 E LAKE ST\WAYTHE ORIGINAL PANCAKE H WAYZATA MN | $-24.51 |

| Date | Description | Amount |
|---|---|---|
| 06/26/2010 | Settled Authorization - HOMEGOODS #326\4190 VINEWOOD LN N STE 13HOMEGOODS #326 PLYMOUTH MN | $-105.02 |
| 06/26/2010 | Settled Authorization - HOLIDAY STATIONSTORE#3\16825 COUNTY ROADHOLIDAY STATIONSTORES PLYMOUTH MN | $-66.90 |
| 06/25/2010 | Fee - ATM Domestic Fee | $-2.00 |
| 06/25/2010 | Settled Authorization - BIRCHS RESTAURANT\1935 W WAYZATA BLVD\LOBIRCHS RESTAURANT LONG LAKE MN | $-90.00 |
| 06/25/2010 | Settled Authorization - CENTERPOINT ENERGY\8750 N CENTRAL EXPY 2CENTERPOINT ENERGY 612-372-4727 TX | $-158.20 |
| 06/25/2010 | Settled Authorization - DUNDEE NURSERY & FLORA\16800 HIGHWAY 55 DUNDEE NURSERY & LANDS PLYMOUTH MN | $-49.76 |
| 06/25/2010 | Settled Authorization - FEES\8750 N CENTRAL EXPY 20TH FL\214-750FEES 214-750-2700 TX | $-3.95 |
| 06/25/2010 | Settled Authorization - HENNEPIN CTY COLLECTIO\300 S 6TH ST\MINNHENNEPIN CTY COLLECTIO MINNEAPOLIS MN | $-150.00 |
| 06/24/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-440.00 |
| 06/24/2010 | Settled Authorization - YUM \4000 MINNETONKA BYUM MINNEAPOLIS MN | $-28.70 |
| 06/24/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-30.00 |
| 06/24/2010 | Settled Authorization - SUNGLASS HUT 60043296\12363 WAYZATA BLVSUNGLASS HUT 4329 MINNETONKA MN | $-654.32 |
| 06/24/2010 | Settled Authorization - DOLPHIN POOL & SPA, IN\3405 HWY 169 N\PLDOLPHIN POOL & SPA, IN PLYMOUTH MN | $-643.64 |
| 06/24/2010 | Settled Authorization - NATURES HARVEST\320 WAYZATA BLVD E\WAYZANATURES HARVEST WAYZATA MN | $-101.91 |
| 06/24/2010 | Settled Authorization - CHIPOTLE 0884 QAE\1313 WAYZATA BLVDCHIPOTLE 0884 WAYZATA MN | $-15.39 |
| 06/24/2010 | Settled Authorization - NOW CARE MEDICAL CENTE\2000 PLYMOUTH RD\NOW CARE MEDICAL CENTE MINNETONKA MN | $-27.00 |
| 06/24/2010 | Settled Authorization - AFM*AM FAMILY INSURANC\6000 American ParAFM*AM FAMILY INSURANC 608-242-4100 WI | $-37.16 |
| 06/24/2010 | Settled Authorization - KRAEMER'S TRUE VALUE I\862 EAST LAKE ST KRAEMER'S TRUE VALUE I WAYZATA MN | $-25.69 |
| 06/23/2010 | DirectNet Load | $2313.24 |
| 06/23/2010 | Fee - Load Fee | $-2.00 |
| 06/23/2010 | Settled Authorization - CHIPOTLE 0884\1313 WAYZATA BLVD.\WAYZATACHIPOTLE 0884 WAYZATA MN | $-26.50 |
| 06/23/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-40.00 |
| 06/23/2010 | Settled Authorization - DAIRY QUEEN #11160 QPS\4000 ANNAPOLIS LNDAIRY QUEEN #11160 PLYMOUTH MN | $-30.20 |
| 06/23/2010 | Settled Authorization - PENNY DUPONT WELLS\4000 STRATFORD RDG\EXPENNY DUPONT WELLS EXCELSIOR MN | $-236.15 |
| 06/23/2010 | Settled Authorization - TLF*CANDELIGHT FLORAL\275 LAKE ST E\WAYZTLF*CANDELIGHT FLORAL WAYZATA MN | $-15.02 |
| 06/23/2010 | Settled Authorization - SUPERAMERICA 04497 QAE\6955 MARKET ST\GOSUPERAMERICA 04497 GOLDEN VALLEY MN | $-12.63 |
| 06/23/2010 | Settled Authorization - STEELE FITNESS\714 E LAKE ST\WAYZATA\553STEELE FITNESS WAYZATA MN | $-232.00 |
| 06/22/2010 | Settled Authorization - ATTM *737366864GPL \12525 CINGULAR WAAT&T QD GREAT PLAINS ALPHARETTA GA | $-150.00 |
| 06/21/2010 | Fee - Load Fee | $-2.00 |
| 06/21/2010 | DirectNet Load | $2420.00 |
| 06/21/2010 | Settled Authorization - JON CHARLES SALON \1313 WAYZATA BLVDJON CHARLES SALON WAYZATA MN | $-363.21 |
| 06/21/2010 | Settled Authorization - TARGET 00001QPS\13201 RIDGEDALE DTARGET MINNETONKA MN | $-165.59 |
| 06/19/2010 | DirectNet Load | $382.41 |
| 06/19/2010 | Fee - Load Fee | $-2.00 |
| 06/19/2010 | DirectNet Load | $200.00 |
| 06/19/2010 | Fee - Load Fee | $-2.00 |

| Date | Description | Amount |
|---|---|---|
| 06/19/2010 | Settled Authorization - CREMA CAFE\3403 LYNDALE AVENUE S\MINNEAPCREMA CAFE MINNEAPOLIS MN | $-7.54 |
| 06/19/2010 | Settled Authorization - CHINS ASIA FRESH #1QPS\11300 WAYZATA BOUCHINS ASIA FRESH #104 MINNETONKA MN | $-13.95 |
| 06/19/2010 | Settled Authorization - CAPS DENTAL PLAN\937 SIBLEY STREET S\952CAPS DENTAL PLAN SHAKOPEE MN | $-53.00 |
| 06/19/2010 | Settled Authorization - BAJA ST LOUIS PARK QAE\4997 EXCELSIOR BLBAJA ST LOUIS PARK ST LOUIS PARK MN | $-20.73 |
| 06/18/2010 | Settled Authorization - HOLIDAY STNSTORE 0404\601 N 5TH ST\MINNEHOLIDAY STATIONSTORES MINNEAPOLIS MN | $-67.18 |
| 06/18/2010 | Settled Authorization - MOZY.COM \2162 GROVE PKWY #Mozy com 801-7562331 UT | $-8.42 |
| 06/18/2010 | Settled Authorization - BRUEGGERS #71 QAE\1808 S PLYMOUTH RBRUEGGERS #71 MINNETONKA MN | $-8.88 |
| 06/17/2010 | Settled Authorization - 318 \318 WATER STREET 318 EXCELSIOR MN | $-31.82 |
| 06/17/2010 | Settled Authorization - BRUEGGERS #523 QAE\1650 PARK PLACE BBRUEGGERS #523 ST. LOUIS PAR MN | $-8.30 |
| 06/16/2010 | Settled Authorization - ATTM *512049118342 \12525 CINGULAR WAAT&T QD MNY ALPHARETTA GA | $-312.85 |
| 06/16/2010 | Settled Authorization - QWESTCOMM*TN763\4250 N FAIRFAX DR\800-24QWEST *COMMUNICATIONS 800-244-1111 CO | $-204.00 |
| 06/16/2010 | Settled Authorization - ITALIAN TAN\4000 ANNAPOLIS LAN\PLYMOUTH\ITALIAN TAN PLYMOUTH MN | $-57.21 |
| 06/16/2010 | Settled Authorization - QWESTCOMM*TN763\4250 N FAIRFAX DR\800-24QWEST *COMMUNICATIONS 800-244-1111 CO | $-34.00 |
| 06/15/2010 | Fee - Load Fee | $-2.00 |
| 06/15/2010 | DirectNet Load | $200.00 |
| 06/15/2010 | Settled Authorization - LUNDS #9 Q\3455 VICKSBURG LANELUNDS PLYMOUTH MN | $-185.06 |
| 06/14/2010 | Fee - Activation Fee | $-9.95 |
| 06/14/2010 | Fee - Load Fee | $-2.00 |
| 06/14/2010 | DirectNet Load | $800.00 |

Download your Transaction Detail for the current date range:

Export Format: [ Quicken 99+ ] [ Download ]

# Bank Transfer History

This is a record of all loads to your CashPass Card.

| Date of Load | Load Type | Status | Description | Amount |
|---|---|---|---|---|
| 07/30/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/30/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/30/2010 | Card to Card | Processed | N/A | $200.00 |
| 07/29/2010 | Card to Card | Processed | N/A | $100.00 |
| 07/28/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/28/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/27/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/27/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/27/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/22/2010 | DirectNet Load | Processed | N/A | $1000.00 |
| 07/20/2010 | Card to Card | Processed | N/A | $100.00 |
| 07/20/2010 | Card to Card | Processed | N/A | $50.00 |
| 07/20/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/16/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/13/2010 | DirectNet Load | Processed | N/A | $500.00 |
| 07/08/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/08/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/04/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/04/2010 | Card to Card | Processed | N/A | $250.00 |
| 07/04/2010 | Card to Card | Processed | N/A | $250.00 |
| 06/29/2010 | DirectNet Load | Processed | N/A | $1475.00 |
| 06/23/2010 | DirectNet Load | Processed | N/A | $2313.24 |
| 06/21/2010 | DirectNet Load | Processed | N/A | $2420.00 |
| 06/19/2010 | DirectNet Load | Processed | N/A | $382.41 |
| 06/19/2010 | DirectNet Load | Processed | N/A | $200.00 |
| 06/15/2010 | DirectNet Load | Processed | N/A | $200.00 |
| 06/14/2010 | DirectNet Load | Processed | N/A | $800.00 |

**WH** Wright-Hennepin

ONLINE ACCOUNT SERVICES

HeatMyFloors.com Website      WH Security Website      WH's Website      Log Out      Contact Us

Home | Payment History

# Payment History

🖶 Print

All Accounts
Account Summary
Billing History
Pay Online Now
Payment History
Usage History
Email/Password
Log Out

| 15016840942 – Electric ▲▼ | Current Account |

| | |
|---|---|
| Account Number | **15016840942** |
| Account Holder Name | **Christi M Rowan** |
| Service Address | **1615 Northridge Dr** |

**PAYMENT HISTORY**

The following data represents the most recent historical payments against your account.

| Previous | | Page 1 of 3 | | Next |

| PAYMENT DATE | STATUS | PAYMENT AMOUNT |
|---|---|---|
| 09-Sep-2010 | Processed | $ 8.30 |
| 09-Sep-2010 | Processed | $ 100.00 |
| 09-Sep-2010 | Processed | $ 200.00 |
| 08-Sep-2010 | Processed | $ 100.00 |
| 08-Sep-2010 | Processed | $ 500.00 |
| 08-Sep-2010 | Processed | $ 450.00 |
| 26-Aug-2010 | Processed | $ 500.00 |

©Copyright 2004   Wright-Hennepin Cooperative Electric Association
All rights reserved.
6800 Electric Drive, PO Box 330 Rockford, MN 55373-0330
(763) 477-3000

Legal

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER,

BKY. No. 09-50779
Adversary 10-5032

Debtor's accounting

      Debtor.

--------------------------------------------------------

      Debtor provides this accounting to the trustee:

1      Debtor has paid $18000.00 rent to John V. Rimarcik,at 612-339-2404 for leased office space at 219 North Second Street, Mpls, MN 55401 and 204 Washington Ave. N., Minneapolis, MN 55401. See attached bill and leases.

2      Debtor paid Phil's Movers $5000.00 in cash on or about July 15, 2010. Phil's Movers can be contacted 612-850-5587.

3      Debtor paid $4500.00 in repairs and maintenance for 1615 Northridge between June and July 2010.. Debtor paid some of this in cash, and put some of the expenses on Cash Pass

4      Debtor paid $1900 cash to Nitro Green for the entire 2010 season. He still owes them $5000.00. Nitro Green can be reached at 763-972-6360.

5      Debtor paid Jim Gustafson $5000.00 on or about June 15-June 25th, 2010. $3000 was repayment of a loan, and $2000 was to reimburse his expenses. Jim Gustafson can be reached at:

6      Debtor paid $4300.00 to Lafayette Country Club by money order on or about June, 2010. LaFayette Country Club can be reached at 952-471-9600.

7      Debtor paid Manny's $2750.00 on or about June 12, 2010. They can be reached at 612-339-9900.

8      Debtor paid Wayzata Country Club $1200.00 cash on June 20, 2010. They can be reached at 952-473-8846.

9      Debtor paid $6215.00 in checks, both of which checks bounced. Debtor then paid $8500.00 in



**EXHIBIT**

C

cash to Auto Concepts between June 20, 2010 and July 1, 2010. Auto Concepts can be reached at 612-296-9546.

10      Debtor gave Christi Rowan $8000.00 to clear an overdraft on her TCF account, by giving her cash on June 15, 2010. Christi Rowa can be reached at

11      Debtor gave $2000 to Christi Rowan on or about June 20, 2010, which she wired to LandRover Capital to catch up on missed car payments.

12      Debtor paid $1082 by money order to DirecTV on or about June 20, 2010, on a cable TV account held in the name of Christi Rowan.

13      Debtor paid $163.00 to Christi Rowan on or about June 20, 2010, to cover an overdraft she said she had.

14      Debtor paid $950.00 in cash or money orders to Dolphin Pool in mid June, 2010. Dolphin Pool can be reached at 763-542-9000.

15      Debtor paid $600.00 to Randy Sanitation on or about June 20, 2010 in a combination of cash and money orders. Randy Sanitation can be reached at 763) 972-3335.

16      Debtor paid $163.00 on his cash pass for DirecTV service in July, 2010. DirecTV can be reached at 1-800-494-4388 .

17      Debtor paid $830 by money order to Wright Hennepin Coop on or about mid June, 2010. They can be reached at 763-477-3000.

18      Debtor paid $500.00 cash to Verizon for an account in Denny Hecker, Jim Gustafson or Christi Rowan, on or about June 10-June 20, 2010.

19      Debtor paid $1139 to Qwest by money order on or about June 20, 2010 for an account in the name of Christi Rowan.

20      Debtor paid $269.00 to Christi Rowan to pay to Western Union.

21      Debtor paid $150.00 in cash or debit card for Christi Rowan's cell phone on ar about June 20-July 10, 2010.

22      Debtor paid $2100.00 to Medica, Deltaq Dental and to the State of Minnesota Comprehensive in the summer of 2010 for health insurance. He paid this amount by money order or cash pass.

23    Debtor paid $1800.00 in gas in June and July 2010. He estimates this because he paid cash, and his gas expense was $200.00 a week. He usually went to SuperAmerica, Costco or Holiday.

24    Debtor paid roughly $600.00 in cash in office supplies at Office Depo and Office Max in June and July, 2010.

24    Debtor paid $3000.00 to buy three PRUCO accounts at Prudential. He paid this in cash at the Prudential office, Mike Nelson, in Minnetonka. Mike Nelson can be reached at 952-544-2562.

25    Debtor paid $1168.00 in money order to pay off a judgment in the name of Christi Rowan at the Hennepin County Government Center in June of 2010.

26    Debtor incurred $60.00 in parking, paid in cash at the Hennepin County Government Center, in the summer of 2010

27    Debtor incurred $100.00 in cash for his son, Jake's, orthodontia in late June, 2010. He paid the cash to Wayzata Orthodontics.

28    Debtor incurred $4419.00 for a series of root canals with Dr. Dulac in early June-July 15, 2010. Dr. Dulac can be reached at (952) 925-2176.

29    Debtor incurred $889 in cash, and possibly more, for prescriptions at CVS in Plymouth, MN in early June-July 15, 2010. Dr. They can be reached at (763) 478-4612.

30    Debtor incurred $126.00 and possibly more, at Walgreens in Plymouth for prescriptions in early June-July 15, 2010. . They can be reached at (763) 253-8917 .

31    Debtor incurred $262.00, and possibly more, for prescriptions at Costco in St. Louis Park, MN in early June-July 15, 2010. . They can be reached at  (763) 582-9600.

32    Debtor incurred $100.00 cash for prescriptions for his daughter, _____ at Prairie Stone Pharmacy in early June-July 15, 2010. . They can be reached at (952) 473-1687.

33    Debtor incurred $100.00 at Edina Family Physicians by paying cash on his bill in early June-July 15, 2010. They can be reached at 952-925-2200.

34    Debtor incurred $700.00 in cash with Dr. William Hoffman in Plymouth, MN for an emergency extraction. He can be reached at (952) 925-2525.

35    Debtor paid $689.00 cash to Phoenix consulting for his son's therapy in June or July, 2010. They

can be reached at 952-922-8822.

36      Debtor paid $250.00 in cash to Dr. Dawn Koehler for his daughter's medical bill in June or July, 2010. She can be reached at (952) 476-5465.

37      Debtor paid $1500 cash to Greg Orthin, the CFO of all of Mr. Hecker's companies, for work on his criminal case. He was paid in cash and money orders on or about June 10-July 4th, 2010. He can be reached at 612-720-4944.

38      Debtor paid Dr. Carrie Parrente, debtor's psychiatrist, $200.00 in cash in late June, 2010. She can be reached at 952-393-3148.

39      Debtor paid Dr. Mark Shaefer, debtor's psychiatrist, $200.00 in cash in late June, 2010. He can be reached at 952-854-5550.

40      Debtor has incurred approximately $3200.00 in cash for groceries throughout June and July, 2010, usually at Lunds or Costo or Cub.

41      Debtor has paid $1400.00 in cash for miscellaneous kids' expenses. He has given this cash directly to his minor children for their needs in June and July, 2010.

42      Debtor has paid $804.00 in cash to Walmart for miscellaneous living expenses (likely yard maintenance exoenses) in June and July, 2010.

43      Debtor has paid $276.00 in cash to Target for miscellaneous living expenses in June and July, 2010.

44      Debtor has paid $75.00, or more, to Storchak Dry Cleaners in cash in June and July 2010. They can be reached at vstorchak@mvrhomecare.com.

45      Debtor funded a prepaid Cash Pass MasterCard between June 19, 2010 and July 19, 2010 in the amount of $10733.15. He paid for that in cash. at Your Exchange in Columbia Heights. They can be reached at (763) 786-8066.

46      Debtor gave Christi Rowan cash in the amount of $6847 between June 19, 2010 and July 19, 2010. ███████████████.

47      Debtor paid out a total of $110,594.00 that he can document. Some of this money was from the proceeds of the life insurance policy, and the balance was from a $15000 401K that was awarded to the debtor from the family court.

48      Debtor has no remaining funds from the liquidation of estate assets.  He has nothing to turn over
to the court.

October 7, 2010

_____
Denny Hecker

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center    Image Source: Image List    Upload Date: 2010-10-06

**WESTERN UNION MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

Pending of Water Fargo Bank West, N.A. Grand Junction, Colorado

PAYMENT EXACTLY $1000.00                14-06676069068

A 50979 D 061910                            $ 1000.00
I 1519
14066769068686 L 000000

PAY EXACTLY ONE THOUSAND DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    GH2:

PAYMENT FOR ACCT. #

Gretchen Goodge 55391          Christi Nelson
                               PURCHASER'S SIGNATURE

⑈1021004000⑈  ⑉401406769068686⑈

SERVICE CHARGE

If the Money Order (1551) issued or cashed (service fee or purchase by a non-purchase price (1155) at the purchase due (155), a non-purchase service charge not to exceed the lesser of (1) $20 per month from that date of purchase, not to exceed fifty-five dollars ($55) where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law.)

ENDORSE ABOVE THIS LINE
PAY TO THE ORDER OF
KLEIN BANK
FOR DEPOSIT ONLY
GRETHENHOUSE CO., INC.

4599191565.   06728427010 (090) ...0270

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stop payment reconstruction or charge against any endorsement, improperly completed, or altered, cash will be refunded for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc. For customer service, call 1-800-999-9660.

EXHIBIT
D

WESTERN|MONEY
UNION|ORDER

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

14-06676769073

$ 200.00

#4004 47655

***** EXACTLY *200.00

PAY EXACTLY TWO HUNDRED DOLLARS AND NO CENTS

PAY TO THE
ORDER OF
THE NEIMAN MARCUS GROUP
BERGDORF GOODMAN

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE

SERVICE CHARGE

⑁010 2100 4:00⑁  ⑁0110567690731⑁

⑁0100 4004:00⑁  ⑁0110567690731⑁

'00000 20000'

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center Image Source: Image List Upload Date: 2010-10-06

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WESTERN UNION | MONEY ORDER

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

***PAY EXACTLY $1000.00

A 509179 D 061910
T 1518 01
140667690740 L 000000

14-066769074

$ 1000.00

#40047655

PAY EXACTLY ONE THOUSAND DOLLARS AND NO CENTS

PAY TO THE ORDER OF Neiman Marcus

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

PURCHASER'S SIGNATURE

⑆102100400⑆ 40140667690740⑈ ⑈0000100000⑈

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within one (1) year of the purchase date, there will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50c) per month from the date of purchase, not to exceed forty-two dollars ($42) (or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law).

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
THE NEIMAN MARCUS GROUP INC

ENDORSE ABOVE THIS LINE MP

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.
Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES   Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center   Image Source: Image List   Upload Date: 2010-10-06

**WESTERN UNION MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

**\*\*-\*PAY EXACTLY \$500.00\*\***

$ 500.00

14-0667769077

A 509179 D 061910
15520 01
140557690776 L 000000

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE
ORDER OF   GHD

ADDRESS   1615 N4th    55391

PAYMENT FOR/ACCT. #

CHASD ROWAN
PURCHASER'S SIGNATURE

⑆102400400⑆ 40140667690776⑈

NOTICE Do not cash this Money Order for any person
from whom you are not able to recover your payment.
Should this item bear any unauthorized signature, be
stolen, improperly completed, or altered, issuer will either
stop payment hereon or charge back against your endor-
sement. For customer service, call 1-800-999-9660.
Intended for domestic use only. Western Union Money
Order and Design is a service mark of Western Union
Holdings, Inc.
Warning - do not cash check without noting
true watermark. Hold up to light to verify
presence of watermark.

ENDORSE ABOVE THIS LINE
PAY TO THE ORDER OF

KLEIN BANK

FOR DEPOSIT ONLY

GRETHEN HOUSE TOO. INC.

271 06/28/2010 091915654

SERVICE CHARGE
If this Money Order is not used or cashed (presented for
payment) within one (1) year of the purchase date, there will
be a nonrefundable service charge imposed (where permitted
by law). The service charge will be deducted from the amount
shown on the Money Order. The service charge is fifty cents
(50¢) per month from date of purchase, not to exceed
forty-two dollars ($42) (or where such charge exceeds the
maximum amount permitted by law, the maximum amount
permitted by law).

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center    Image Source: Image List    Upload Date: 2010-10-06

WESTERN
UNION | MONEY
ORDER

Payable at Wells Fargo Bank, Grand Junction, Grand Junction, NA., Grand Junction, Colorado

**PAY EXACTLY $1000.00

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

A 509779 D 062310
T 1538 01
14067697280 L 000000

14-0667769128

$ 1000.00

PAY EXACTLY ONE THOUSAND DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    STORCHAK

l615 NORTHRIDG CT    WAYZATA MN 55391

CHRISTI ROWAN

DENNIS HECKER
PAYMENT FOR/ACCT. #
PURCHASER'S SIGNATURE

SERVICE CHARGES

⑈:102100400⑈: ⑈014066769128O⑈"

20100629 99009100020Ώ

1000.00

1000.00

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center    Image Source: Image List    Upload Date: 2010-10-06

WESTERN UNION MONEY ORDER

Payable at Wells Fargo Bank, Grand Junction, N.A., Grand Junction, Colorado

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER

Englewood, Colorado

PAY EXACTLY $600.00

14-066769130

A 509179 'D 062310
I 153B 01
140667691307 L 000000        $600.00

PAY EXACTLY SIX HUNDRED DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    RUM BONDI

Iris Northumberland Gardens    55301    CHRISTOWN

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE

⑈ 5 0 2 1 0 0 4 0 0 ⑈:   4 0 1 1 0 6 6 7 6 9 1 3 0 7 ⑈

SERVICE CHARGE

If this Money Order is not used or cashed (processed) for
payment within one (1) year of the purchase date, there will
be a non-refundable service charge applied (where permitted
by law). This service charge will be deducted from the amount
shown on the Money Order. The service charge is fifty cents
(50¢) per month from the date of purchase, not to exceed
forty-two dollars ($42) (or where such charge exceeds the
maximum amount permitted by law, the maximum amount
pursuant by law).

BOFD
Washington
2010-07-01

AT    ANNY BROWN POOL SERVICE INC

PAY TO THE ORDER OF
FRANSBARGE ABOVE TITLE LINE
FOR DEPOSIT ONLY

PAY TO THE ORDER OF

NOTICE Do not cash this Money Order for any person
from whom you are not able to recover your payment.
Should this item bear any unauthorized signature, be
stolen, improperly completed or altered, [insert any other
stop payment instruction or charge back against any and/or
serving. For customer service, use only: Western Union
Intended for domestic use only. Western Union Money
Order and Design is a service mark of Western Union
Holdings, Inc.

Warning - do not cash check without holding
true watermark. Hold up to light to verify.
practice of watermark.

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center    Image Source: Image List    Upload Date: 2010-10-06

## WESTERN UNION | MONEY ORDER

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

****PAY EXACTLY $1000.00    14-0667069133

A 502179 D 042310
1 1539 01
14066769133 L 000000    $1000.00

PAY EXACTLY 2°C THOUSAND DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    WEST ELM

6015 NRCHICLOWDRSCHAPDE... PZAGLANN 95351

CHRISET ROWAU

PAYMENT FOR/ACCT. #

⑈: 10 2 0 0 4 0 0⑈ 4 0 1 4 0 6 6 7 6 9 1 3 3 4 ⑈' ⑈' 0 0 0 0 1 0 0 0 0 0 ⑈'

SERVICE CHARGE
If the Money Order is not used or cashed (presented for payment) within one (1) year of the purchase date, there will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50¢) per month from the date of purchase, not to exceed forty-two dollars ($42) (or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law).

JUL 29 10

RETURN ( 0631
(...)
Merchant (...)
St. Petersburg, Fla.
(...)
RETURN ( 0631

**ENDORSE ABOVE THIS LINE**

JUL 21 10    101 5

NOTICE Do not cash this Money Order, (or) any person from whom you are not able to recover, your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will dishonor stop payment hereon or charge back against any endorsement. For customer protection, all Money Orders can (...) Order and Design. (...) Western Union. Holding (...) Inc.

Mailing - do not cash (...) $1,000.00
true watermark. Hold up to light to verify presence of watermark. (USE POST ONLY)

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES   Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center   Image Source: Image List   Upload Date: 2010-10-06

**WESTERN UNION MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A. Grand Junction, Colorado

14-0667691141

\*\*\*\*PAY EXACTLY \$1000.00\*\*\*\*         $1,000.00

A 59129 1 003310
T 1541 01
140667691415 L 01000C

PAY EXACTLY ONE THOUSAND DOLLARS AND NO CENTS

PAY TO THE
ORDER OF   Ini VAMBA

165 NORTH AVE SSP2 GRAND JUNCTION CO 5331

PAYMENT FOR/ACCT. #   CHRIS ROWAN

⑈1021400400⑈ 4014066769145⑈

NOTICE: Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service call 1-800-999-9660.
Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning – do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

ENDORSE ABOVE THIS LINE                    AP

SERVICE CHARGE
If the Money Order is not used or cashed (presented for payment) within one (1) year of the purchase date, there will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50¢) per month from the date of purchase, not to exceed forty-two dollars ($42) or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law)

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center    Image Source: Image List   Upload Date: 2010-10-06

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER

WESTERN | MONEY
UNION | ORDER

XXXPAY EXACTLY $1000.00    14-0667769142

$1000.00

A 509179 D 063310
1541 01
14065769 1424 L 000000

PAY EXACTLY ONE THOUSAND DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    Breck School

1445 Northbridge Dr address MN 55391    Mann Graw

⑆102100400⑆ 4006677691442411⑈



ENDORSE ABOVE THIS LINE    MP

SERVICE CHARGE
If this Money Order is not used or cashed (presented for
payment) within one (1) year of the purchase date, there will
be a non-refundable service charge applied (where permitted
by law). The service charge will be deducted from the amount
shown on the Money Order. The service charge is fifty cents
(50¢) per month from the date of purchase, not to exceed
forty-two dollars ($42) (or where such charge exceeds the
maximum amount permitted by law, the maximum amount
permitted by law)

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center    Image Source:  Image List    Upload Date: 2010-10-06

**WESTERN | MONEY**
**UNION | ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

THE DOCUMENT CONTAINS A TRUE WATERMARK — HOLD UP TO LIGHT TO VIEW

****PAY EXACTLY $1000.00    14-066769143

A 509179 D 062310
1 1543101
14066769143 L 000000                    $1000.00

PAY EXACTLY ONL THOUSAND DOLLARS AND NO CENTS

PAY TO THE
ORDER OF    *Breck School*

*Wils Northington*    *PURCHASER'S ADDRESS 9673 Ilane MN 5391*    *Calvin Rowan*

⑈1021100400⑈ 40140667691433⑈"

ENDORSE ABOVE THIS LINE

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within one (1) year of the purchase, we then will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50¢) per month from the date of purchase not to exceed forty-two dollars ($42) (or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:                                                          Case No.:  09-50779
                                                                            Chapter 7
Dennis E. Hecker,

                Debtor.

_____

Randall L. Seaver, Trustee,                                     ADV Case No. 10-5032

                Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

                Defendants.

_____

## MEMORANDUM OF LAW IN SUPPPORT OF MOTION FOR CONTEMPT
_____

### INTRODUCTION

The Trustee submits the following Memorandum of Law in Support of his Motion for

Civil Contempt of Court.  The relevant facts are outlined in the Notice of Hearing and Motion for

Contempt of Court filed herewith.

### ARGUMENT

**I.      THE COURT SHOULD FIND ROWAN IN CIVIL CONTEMPT OF COURT
        BECAUSE SHE VIOLATED A SPECIFIC ORDER OF WHICH SHE WAS
        AWARE.**

A bankruptcy court has the power to issue an order of contempt.  *Koehler v. Grant*, 213

B.R. 567, 570 (8th Cir. 1997).  Section 105(a) of the Bankruptcy Code provides, in relevant part:

> The court may issue any order, process, or judgment that is necessary or
> appropriate to carry out the provisions of this title.

11 U.S.C. § 105(a).

Civil contempt, in contrast to criminal contempt, is meant to compensate the complaining party and/or coerce the defendant into complying with the court's order. *Hubbard v. Fleet Mortg. Co.,* 810 F.2d 778, 781 (8th Cir. 1987). The complaining party need not show that the defendant "willfully" violated the order. *In re Atkins*, 176 B.R. 998, 1009 (Bankr. D. Minn. 1994); see also, *United States v. Open Access Technology International, Inc.* 527 F.Supp.2d 910, 912 (D. Minn. 2007). Rather, the complaining party need only establish that the other party violated a specific order of which he was aware. *Atkins* at 1009.

In this case, it is undisputed that Rowan was on notice of the October 6, 2010 Order. She attempted, belatedly, to respond to the same. Therefore, there is no question that Rowan was aware of the Order.

Rowan cannot argue that the Order was unclear. Rowan was simply required to provide the information outlined in the Order on or before October 7, 2010. She was also required to turnover property purchased with the stolen monies. She did neither.

The Court may levy a fine against the party in contempt, which is payable to the moving party or the Court, or may order imprisonment. *Open Access*, at 912. The Trustee submits that his attorney's fees, estimated to be $1,000.00 should be paid by Rowan so that the estate's creditors are not harmed by the Trustee having to seek the Court's assistance in this matter. Of course, the Trustee would welcome a more severe monetary sanction. Further, it is anticipated that Rowan will not "come clean" with her waste of estate assets and incarceration may be the only method to obtain compliance.

## <u>CONCLUSION</u>

Based on the above, the Trustee requests that the Court find Rowan in civil contempt of court. The Trustee also respectively requests that the Court direct Rowan to fully comply with the Order, award the Trustee all of his costs and fees incurred in bringing this motion, and the Court consider incarceration to obtain Rowan's compliance.

**LEONARD, O'BRIEN,**
**SPENCER, GALE & SAYRE LTD.**

/e/ Matthew R. Burton

Dated: November 16, 2010          By: _____
                                         Matthew R. Burton #210018
                                          Attorneys for Trustee
                                         100 South Fifth Street, Suite 2500
                                         Minneapolis, MN 55402
                                         (612) 332-1030

430403

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:                                                                    Case No.: 09-50779
                                                                              Chapter 7
Dennis E. Hecker,

        Debtor.

---

Randall L. Seaver, Trustee,                                      ADV Case No. 10-5032

        Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

        Defendants.

---

## UNSWORN CERTIFICATE OF SERVICE

---

I hereby certify that on November 16, 2010, I caused the following documents:

       ***Notice of Hearing and Motion for Contempt of Court, Memorandum of Law and Order (proposed)***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

Dennis E. Hecker                                    Mr. Dennis Hecker
1615 Northridge Drive                           c/o Sherburne County Jail
Medina, MN 55391                                13880 Highway 10
                                                          13880 Business Center Drive
Christi M. Rowan                                   Elk River, MN 55330-4601
1615 Northridge Drive
Medina, MN 55391

Barbara J. May
2780 North Snelling
Suite 102
Roseville, MN 55113


Dated:  November 16, 2010

/e/  Stephanie Wood
_____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

430408

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In Re:                                        Case No.:  09-50779
                                                        Chapter 7
Dennis E. Hecker,

       Debtor.

---

Randall L. Seaver, Trustee,                   ADV Case No. 10-5032

       Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

       Defendants.

---

## ORDER

---

      This case is before the court on the motion of Randall L. Seaver, trustee seeking an order

holding Christi M. Rowan in civil contempt of court.

      Based on the motion and the file,

      **IT IS ORDERED**:

      1.      Rowan must completely comply with this court's order of October 6, 2010 within 24

hours of the date hereof.

      2.      If Rowan fails to comply with the order of October 6, 2010, or this order, the court

will consider incarceration of Rowan after receiving an affidavit of default to be filed by the trustee.

3.      The trustee is awarded his costs and fees incurred in bringing this motion.  Rowan shall pay $1,000.00 to the trustee, by way of a check made payable to "Randall L. Seaver, Trustee," on or before December 2, 2010.


Dated: _____

_____
United States Bankruptcy Court Judge

430407

2