# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:                                                                                          BKY No.: 09-50779

Dennis E. Hecker,                                                                    Chapter 7

        Debtor.

_____
                                                                          Adv. Case No.: 10-5032

Randall L. Seaver, Trustee,

        Plaintiff,

vs.

Dennis E. Hecker and Christi M. Rowan,

        Defendants.

_____

## APPLICATION FOR WRIT OF EXECUTION

The Judgment Creditor, Randall L. Seaver, Trustee, hereby makes application to the Clerk of the United States Bankruptcy Court to issue an execution in the above case to satisfy a judgment against the judgment debtor herein, Dennis E. Hecker, for $294,899.20. The total amount of payments made by judgment debtor on the judgment is $0.00. The balance that remains unsatisfied as of December 6, 2010 is $294,899.20.

                                                           **LEONARD, O'BRIEN**
                                                           **SPENCER, GALE & SAYRE, LTD.**

                                                           /e/ Matthew R. Burton

Dated: December 6, 2010          By _____
                                                          Matthew R. Burton, #210018
                                                          Attorney for Plaintiff
                                                          100 South Fifth Street, Suite 2500
                                                          Minneapolis, MN 55402
                                                          (612) 332-1030

431502