UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**DENNIS E HECKER**

Debtor(s)　　　　　　　　　　　　　　　　　　　BKY 09-50779

**RANDALL L. SEAVER, TRUSTEE,**

Plaintiff(s)　　　　　　　　　　　　　　　　　　　ADV 10-5032

v.

**DENNIS E HECKER and CHRISTI M ROWAN**

Defendant(s)

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Judgement Creditor | |
|---|---|
| RANDALL L. SEAVER, TRUSTEE<br>C/O MATTHEW R. BURTON, ESQ.<br>100 SOUTH FIFTH STREET, SUITE 2500<br>MINNEAPOLIS, MN 55402 | Amount of Judgment: $ 294,899.20<br><br>Clerk's Fee: |
| vs. | Other Costs:<br>Interest From: |
| Judgement Debtor<br>DENNIS E HECKER & CHRISTI M ROWAN<br>1615 NORTHRIDGE DRIVE<br>MEDINA, MN 55391<br><br>DENNIS E HECKER<br>SHERBURNE COUNTY JAIL<br>13880 HIGHWAY 10<br>13880 BUSINESS CENTER DRIVE<br>ELK RIVER, MN 55330 | Interest Costs:<br><br>Costs of this writ: |

**To the United States Marshal for the** _____ **District of** **Minnesota** :
　　You are directed to levy upon the property of the above named judgement debtor to satisfy a money judgment in accordance with the attached instructions.
**To the Judgment Debtor:**
　　You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

Dated: 12/6/10　　　　　　　　　　　　　　Lori A. Vosejpka, Clerk of Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　By: _[signature]_____

| UNITED STATES MARSHAL'S RETURN |
|---|
| I received this writ on _____ , and executed the same on _____<br>　　　　　　　　　　　(date)　　　　　　　　　　　　　　　　　　　　　(date)<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　　United States Marshal<br>　　　　　　　　　　　　　　　　　　By: _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Marshal |