# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No. 09-50779 |
| Dennis E. Hecker, | |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee | ADV No. 10-5032 |
| Plaintiff, | |
| vs. | |
| Dennis E. Hecker and<br>Christi M. Rowan, | |
| Defendants. | |

## AFFIDAVIT OF CHRISTI ROWAN SUPPLEMENTING RESPONSE TO THE TRUSTEE'S MOTION FOR CONTEMPT OF COURT

STATE OF MINNESOTA )
                         ) SS.
COUNTY OF HENNEPIN )

    Christi M. Rowan, being first duly sworn on oath, deposes and states as follows:

1. I am providing this affidavit to supplement my response filed with the Court on December 1, 2010 to the Trustee's Motion for Contempt of Court and to further provide the Court and the Trustee the disclosures required pursuant to the Court's Orders of October 6, 2010 and December 2, 2010.

2. With respect to paragraph 3 of the Court's October 6, 2010 Order to "... disclose all estate property in [my] possession to the trustee and allow access thereto.", the only personal property in which I am aware that may be considered property of Mr. Hecker's bankruptcy estate are items of outdoor furniture including one table, two benches, two chairs, two pillows, three cushions and a lounge / patio chair

purchased from West Elm and which outdoor furniture is located at 1615 Northridge Drive, Wayzata, Minnesota. I have previously agreed to turn this outdoor furniture over to the Trustee's auctioneer.

3. With respect to paragraph 5 of the Court's October 6, 2010 Order, "...fully account for their use of the proceeds of the Prudential checks, or other estate property...", I am not aware of the receipt, the location or use of any proceeds from the "Prudential checks. However, I am attaching hereto the following accountings of monies that originated with Mr. Hecker and were provided to me (Note: the attached accountings also disclose items of which I have knowledge listed in Exhibit C, including Paragraphs 10, 11, 25 and 46 and those money orders identified in exhibit D attached to the Trustee's November 16, 2010 Motion For Contempt Of Court.):

   a. EXHIBIT A: Accounting Summary of the Western Union Money Orders purchased by Dennis Hecker and given to me to pay Denny Hecker's expenses and childrens' expenses;
   b. EXHIBIT B: Accounting Summary of deposits made from Dennis Hecker's Cash Pass Prepaid MaterCard Account to my Cash Pass Prepaid MasterCard Account to pay household expenses for the 1615 Northridge Drive, Wayzata, Minnesota property, to pay Mr. Hecker's expenses and to pay the family's expenses;
   c. EXHIBIT C: Accounting Summary of Western Union Money Orders purchased by Dennis Hecker and given to me to pay household expenses for the 1615 Northridge Drive, Wayzata, Minnesota property, to pay Mr. Hecker's expenses and to pay the children's expenses;
   d. EXHIBIT D: Neiman Marcus accounting of Dennis Hecker's purchases related to Western Union Money Orders 14-066769073 and 14-066769073 negotiated at Neiman Marcus; and
   e. EXHIBIT E: Backup of Dennis Hecker's $2000.00 wire transfer directly to Landover Capital as a payment with respect to my lease of a Land Rover vehicle. I have since surrendered the vehicle to Landover Capital.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Dated Dec 7, 2010

_____
Christi Rowan

Subscribed and sworn to before me this 7 day of Dec, 2010.

_____
Notary Public

TINA N LEWIS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 201_

WESTERN UNION MONEY ORDERS PURCHASED BY DENNIS HECKER AND GIVEN TO CHRISTI ROWAN

EXHIBIT A

| DATE OF PURCHASE BY DENNIS HECKER | WESTERN UNION MONEY ORDERS FROM DENNIS HECKER TO CHRISTI ROWAN | AMOUNT OF MONEY ORDER | PAYEE | PAID FOR |
|---|---|---|---|---|
| JUN 23, 2010 | 14-066769130 | $600 | ANDY BROWN POOL SERVICE | POOL REPAIR AND CLEANING FOR 1615 NORTHRIDGE DRIVE WAYZATA MN (TERMS OF LEASE AGREEMENT WITH LANDLORD) |
| JUN 23, 2010 | 14-066769141 | $1,000 | INI ILAMYBA- IVY | REMITTED PAYMENT FOR NSF FUNDS FROM CLOSED ACCOUNT FOR CHILDRENS CLOTHING |
| JUN 23, 2010 | 14-066769128 | $1,000 | STORCHAK | DRY CLEANING ACCOUNT FOR DENNIS HECKER |
| JUN 23, 2010 | 14-066769133 | $1,000 | WEST ELM | 1 OUTDOOR TABLE, 2 BENCHES, 2 PILLOWS, 3 CUSHIONS, 1 PATIO CHAIR |
| JUN 23, 2010 | 14-066769142 | $1,000 | BRECK SCHOOL | CHILDREN SCHOOL TUITION FOR SCHOOL YEAR 2009 |
| JUN 23, 2010 | 14-066769143 | $1,000 | BRECK SCHOOL | CHILDREN SCHOOL TUITION FOR SCHOOL YEAR 2009 |
| JUN 19, 2010 | 14-066769068 | $1,000 | GH2 | REMITTED PAYMENT CHECK FOR CHECK #1002 $1526.69 DATE ISSUED 5/6/2010- NSF |
| JUN 19, 2010 | 14-066769077 | $500 | GH2 | REMITTED PAYMENT CHECK FOR CHECK #1002 $1526.69 DATE ISSUED 5/6/2010- NSF |
| JUNE 19, 2010 | 14-066769089 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769090 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769091 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769092 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769093 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769094 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769095 | $1,000 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769096 | $500 | TCF | REMITTED PAYMENT TO CLOSED TCF ACCOUNT 144040079XX WITH NEGATIVE BALANCE FROM A NSF DEPOSIT FROM DENNIS HECKERS 401K DISPURSEMENT FROM 5/2010 THAT PAID EXPENSES FOR HOUSEHOLD AND DENNIS HECKER |
| JUN 19, 2010 | 14-066769129 | $200 | VERIZON | WIRELESS PHONE ACCOUNT FOR DENNIS HECKER |
| JUN 19, 2010 | 14-066769075 | $650 | HENNEPIN COUNTY | CITATION# 1080957275, 31032576D, 31030069G |
| | | $15,450 | | |

# DENNIS HECKER CARD TO CARD TRANSFERS TO CHRISTI ROWAN
## EXHIBIT B

| DATE CHRISTI ROWAN RECEIVED FROM DENNIS HECKER | AMOUNT OF TRANSFER FROM DENNIS HECKER'S CASH PASS MASTERCARD TO CHRISTI ROWAN'S CASH PASS MASTERCARD | PAYEE | AMOUNT | PAID FOR |
|---|---|---|---|---|
| JUL 4, 2010 | -$150.00 | BRUGGERS | $5.44 | CHILDREN |
| JUL 4, 2010 | $250.00 | GRANVIEW LODGE | $100.00 | CHILDREN |
| JUL 4, 2010 | $250.00 | MENARDS | $105.26 | LAWN MAINTENANCE |
| JUL 4, 2010 | $250.00 | LUNDS | $141.35 | GROCERY |
| JUL 8, 2010 | $250.00 | LUNDS | $90.00 | GROCERY |
| JUL 8, 2010 | $250.00 | MORTS DELI | $77.97 | FAMILY DINING |
| JUL 16, 2010 | $250.00 | UPS STORE | $6.68 | OFFICE EXPENSE |
| JUL 20, 2010 | $250.00 | DOMINOS | $20.40 | FAMILY DINING |
| JUL 20, 2010 | $50.00 | MANN THEATER | $21.75 | FAMILY ENTERTAINMENT |
| JUL 20, 2010 | $100.00 | OHBABY | $87.88 | CHILDREN |
| JUL 27, 2010 | $250.00 | PANCAKE HOUSE | $50.43 | FAMILY DINING |
| JUL 27, 2010 | $250.00 | SAUCE | $57.12 | FAMILY DINING |
| JUL 27, 2010 | $250.00 | DAIRY QUEEN | $7.80 | CHILDREN |
| JUL 28, 2010 | $250.00 | TRANSACTION FEE | $0.45 | PROCESSING FEE |
| JUL 28, 2010 | $250.00 | WOLFGANG PUCK | $21.63 | CHILDREN |
| JUL 29, 2010 | $100.00 | HGI MAPLEGROVE | $88.22 | CHRISTI ROWAN VEHICLE EXPENSE |
| JUL 30, 2010 | $200.00 | STARBUCKS | $9.82 | CHILDREN |
| JUL 30, 2010 | $250.00 | GAS EXCELSIOR | $39.03 | CHRISTI ROWAN VEHICLE EXPENSE |
| JUL 30, 2010 | $250.00 | BEAD MONKEY | $13.96 | CHILDREN |
| JUL 29, 2010 | $100.00 | TURTLE BREAD | $10.89 | FAMILY DINING |
| | | TRANSACTION FEE | $2.50 | PROCESSING FEE |
| | | TRANSACTION FEE | $2.00 | PROCESSING FEE |
| | | MONTHLY FEE | $6.95 | PROCESSING FEE |
| | | CHIPOLTE | $10.00 | CHILDREN |
| | | UPS STORE | $7.78 | STAMPS |
| | | ATT | $131.97 | FAMILY WIRELESS SERVICE |
| | | MCDERMOTT | $100.50 | FAMILY DINING |
| | | ELRICO SHERMAN | $33.00 | FAMILY DINING |
| | | ROADHOUSE | $52.86 | FAMILY DINING |
| | | STARBUCKS | $13.86 | FAMILY EXPENSE |
| | | TRANSACTION FEE | $0.90 | PROCESSING FEE |
| | | TEXACO | $58.67 | VEHICLE EXPENSE |
| | | CINEMARK | $38.00 | FAMILY ENTERTAINMENT |
| | | MCDERMOTT | $8.10 | ROWAN'S MOTHERS VEHICLE WHEN VISITING -GAS |
| | | MCDERMOTT | $17.45 | ROWAN'S MOTHERS VEHICLE WHEN VISITING -GAS |
| | | DOMESTIC FEE | $2.00 | PROCESSING FEE |
| | | SALLYS | $4.14 | PERSONAL CARE |
| | | ORANGE CUP | $12.45 | CHILDREN |
| | | MENDOTA HEIGHTS | $118.24 | TRAVEL EXPENSE |
| | | CORNER BAKERY | $22.34 | FAMILY EXPENSE |
| | | WESTIN GALLERIA | $116.67 | TRAVEL EXPENSE |
| | | DFW | $10.23 | PARKING FEE |
| | | AMERICAN AIRLINES | $62.50 | TRAVEL EXPENSE |
| | | TRANSACTION FEE | $0.45 | PROCESSING FEE |
| | | CHAMPPS | $75.34 | FAMILY DINING |
| | | STARBUCKS | $13.53 | FAMILY EXPENSE |
| | | ELM CREEK MAPLEGROVE GAS | $62.98 | VEHICLE EXPENSE |
| | | ELM CREEK MAPLEGROVE | $386.36 | CHILDRENS CLOTHING |
| | | 16705 CTY 24 GAS | $54.02 | VEHICLE EXPENSE |
| | | 4175 VINEWOOD | $100.50 | FAMILY DINING |
| | | WESTERN UNION | $269.99 | REPAYMENT OF LOAN TO CHRISTI ROWANS MOTHER |
| | | BRUGGERS | $11.46 | CHILDREN |
| | | WEST PHOTO | $226.34 | CAMERA REPAIR |
| | | SUPER AMERICA | $55.22 | ROWAN VEHICLE EXPENSE - GAS |
| | | 3806 LAKE ST. GAS | $62.50 | ROWAN VEHICLE EXPENSE - GAS |
| | | HENNEPIN COUNTY | $53.25 | PARKING VIOLATION FEE |
| | | P.F. CHANGS | $83.19 | FAMILY DINING |
| | | OLIVE IVY | $63.10 | CHILDREN |
| | | SARKU | $6.62 | CHILDREN |
| | | FRENCH MEADOW | $9.64 | CHILDREN |
| | | BURGER KING | $5.57 | CHILDREN |
| | | BLUE BURRITO | $14.34 | CHILDREN |
| | | JUST ANSWER.COM | $76.00 | MEDICAL REQUEST FOR INFORMATION |
| | | TRANSACTION FEE | $2.50 | PROCESSING FEE |
| | | BREADSMITH | $17.95 | FAMILY EXPENSE |
| | | OLIVE IVY | $43.91 | FAMILY DINING |
| | | SAUCE | $23.15 | CHILDREN |
| | | YOGURT LAND | $5.59 | CHILDREN |
| | | ITUNES | $2.83 | CHILDREN- IPOD |
| | | DELTA | $268.75 | TRAVEL EXPENSE |
| | | APPLAUSE | $35.00 | CHILDREN- SHOES |
| | $3,800.00 | | $3,819.27 | |

# WESTERN UNION MONEY ORDERS PURCHASED BY DENNIS HECKER GIVEN TO CHRISTI ROWAN
## EXHIBIT C

| DATE CHRISTI ROWAN RECEIVED FROM DENNIS HECKER | DATE OF purchase by dennis hecker | WESTERN UNION MONEY IDENTIFICATION NUMBER | AMOUNT OF WESTERN UNION MONEY ORDER | DATE OF TRANSACTION FOR CHRISTI ROWANS SELF FUNDED MASTER CARD REFLECTING THE | PAYEE | AMOUNT | PAID FOR |
|---|---|---|---|---|---|---|---|
| Jun 21, 2010 | Jun 19, 2010 | 14-066769071 | $420 | Jun 16, 2010 | QWEST | $34.00 | household |
| Jun 21, 2010 | Jun 19, 2010 | 14-066769075 | $650 | Jun 16, 2010 | QWEST | $204.00 | household |
| Jun 21, 2010 | Jun 19, 2010 | 14-066769089 | $1,000 | Jun 16, 2010 | ATT | $312.85 | family cell phones |
| Jun 21, 2010 | Jun 19, 2010 | 14-066769070 | $350 | Jun 17, 2010 | BRUEGGERS | $8.30 | children |
| Jun 29, 2010 | Jun 23, 2010 | 14-066769140 | $1,000 | Jun 17, 2010 | GAS EXCELSIOR | $31.82 | vehicle expense - christi rowan |
| Jun 29, 2010 | Jun 19, 2010 | 14-066769076 | $475 | Jun 18, 2010 | BRUEGGERS | $8.88 | children |
| Jun 29, 2010 | Jun 23, 2010 | 14-066769135 | $130 | Jun 18, 2010 | HOLIDAY GAS | $67.18 | vehicle expense - christi rowan |
| Jul 22, 2010 | Jun 23, 2010 | 14-066769138 | $1,000 | Jun 19, 2010 | BAJA FRESH | $20.73 | children |
| | | | | Jun 19, 2010 | CAPS DENTAL | $53.00 | dennis heckers dental insurance discount plan |
| | | | | Jun 19, 2010 | CHINS ASIA FRESH | $13.95 | children |
| | | | | Jun 19, 2010 | CREMA CAFE | $7.54 | children |
| | | | | Jun 21, 2010 | TARGET | $165.59 | household |
| | | | | Jun 22, 2010 | ATT | $150.00 | family cell phones |
| | | | | Jun 23, 2010 | SUPER AMERICA | $12.63 | vehicle expense - christi rowan |
| | | | | Jun 23, 2010 | CANDLELIGHT FLORAL | $15.02 | dennis heckers parents headstone flowers |
| | | | | Jun 23, 2010 | DAIRY QUEEN | $30.20 | dennis heckers birthday cake |
| | | | | Jun 23, 2010 | JON CHARLES | $40.00 | childrens haircut |
| | | | | Jun 23, 2010 | CHIPOLTE | $26.50 | children |
| | | | | Jun 24, 2010 | FUNDING FEE | $8.00 | processing fee for transactions |
| | | | | Jun 24, 2010 | TRU VALUE | $25.69 | household maintenance |
| | | | | Jun 24, 2010 | AMERICAN FAMILY | $37.16 | childrens insurance |
| | | | | Jun 24, 2010 | NOW CARE MEDICAL | $27.00 | dennis heckers blood sugar and glucose check |
| | | | | Jun 24, 2010 | CHIPOLTE | $15.39 | children |
| | | | | Jun 24, 2010 | NATURES HARVEST | $101.91 | grocery |
| | | | | Jun 24, 2010 | DOLPHIN POOL | $643.32 | replacement of automated pool cleaner |
| | | | | Jun 24, 2010 | YUM | $28.70 | children |
| | | | | Jun 25, 2010 | HENNEPIN CTY | $150.00 | parking fines in the name of christi rowan and dennis hecker |
| | | | | Jun 25, 2010 | CTRL EXPRESS FEE | $3.95 | processing fee for transactions |
| | | | | Jun 25, 2010 | DUNDEE | $49.76 | lawn maintenance |
| | | | | Jun 25, 2010 | CENTERPOINT ENERGY | $158.20 | household - gas charge |
| | | | | Jun 25, 2010 | BIRCHES | $90.00 | family dining |
| | | | | Jun 25, 2010 | FUNDING FEE | $2.00 | processing fee for transactions |
| | | | | Jun 26, 2010 | HOLIDAY GAS | $66.90 | vehicle expense - christi rowan |
| | | | | Jun 26, 2010 | HOMEGOODS | $105.02 | children, household care |
| | | | | Jun 26, 2010 | PANCAKE HOUSE | $24.51 | children |
| | | | | Jun 26, 2010 | TCF negative in closed account | $163.00 | Negative balance after closing |
| | | | | Jun 26, 2010 | DUNDEE | $28.65 | lawn maintenance |
| | | | | Jun 26, 2010 | CHIPOLTE | $14.75 | children |
| | | | | Jun 26, 2010 | ATT | $150.00 | family cell phones |
| | | | | Jun 26, 2010 | ITALIAN | $114.00 | grocery |
| | | | | Jun 28, 2010 | TJ MAXX | $24.97 | children clothing |
| | | | | Jun 28, 2010 | LUNDS | $80.00 | grocery |
| | | | | Jun 28, 2010 | HOMEGOODS | $36.44 | household care |
| | | | | Jun 28, 2010 | PAYTEK | $30.00 | personal care |
| | | | | Jun 28, 2010 | JCREW KIDS | $104.20 | Remitted payment for nsf |
| | | | | Jun 29, 2010 | JCREW | $45.00 | children- school clothes |
| | | | | Jun 29, 2010 | FUNDING FEE | $301.96 | processing fee for transactions |
| | | | | Jun 30, 2010 | CHIPOLTE | $2.00 | children |
| | | | | Jun 30, 2010 | LOWES | $3.59 | household maintenance |
| | | | | Jun 30, 2010 | JON CHARLES | $43.19 | personal care |
| | | | | Jun 30, 2010 | WESTELM | $30.00 | household maintenance |
| | | | | Jul 1, 2010 | JCREW | $172.69 | children- school clothes |
| | | | | Jul 1, 2010 | JON CHARLES | $443.43 | personal care |
| | | | | Jul 2, 2010 | STARBUCKS | $45.00 | grocery |
| | | | | Jul 2, 2010 | COS BAR OF EDINA | $3.16 | personal care |
| | | | | Jul 2, 2010 | VON MAUR | $80.99 | children |
| | | | | Jul 3, 2010 | CENTERPOINT ENERGY | $355.00 | household - gas charge |
| | | | | Jul 3, 2010 | EDINA GRILL | $45.16 | family dining |
| | | | | Jul 3, 2010 | CENTRAL FEES | $50.70 | processing fee for transactions |
| | | | | | | $3.95 | |
| | | | $5,025 | | | $5,036.53 | |

Neiman Marcus
505 Nicollet Mall or Fifth
Minneapolis, MN 55402
Telephone: (612) 339-2600
Fax: (612) 339-9113

EXHIBIT **D**

November 29, 2010

Denny Hecker
1161 Wayzata Blvd, Box 158
Wayzata, MN 55391

Dear Mr. Hecker:

Per your request, I have researched purchases and returns you have made at Neiman Marcus from January 1, 2010 to October 18, 2010. Following is a list of the dates, items and transaction totals for that merchandise.

| Date | Item | Amount |
|---|---|---|
| 6/22/10 | Zegna suit coat | $999.00 |
| | Alterations | $44.00 |
| | Armani tie | $145.00 |
| | Tax | $3.42 |
| | **Total** | **$1,191.42** |
| | **Money order & Cash** | **$1,200.00** |
| 6/30/10 | Blazer | $495.00 |
| | Trousers (with alterations) | $374.25 |
| | Alterations | $16.00 |
| | Brioni tie | $195.00 |
| | Long sleeve woven shirt | $150.00 |
| | Long sleeve woven shirt | $185.00 |
| | Returned Armani Tie | -$145.00 |
| | Tax | $1.24 |
| | **Total** | **$1,271.49** |
| | **Money order & Cash** | **$1,300.00** |
| 7/30/10 | Returned Brioni tie | -$195.00 |
| | **Total on Gift Card** | **-$195.00** |

Sincerely,

Susan L. Jones
Loss Prevention, Operations Manager
612.334.7502


Neiman Marcus

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES    Requestor: AML Compliance Command Center

Mail Stop: = M12K2 Command Center   Image Source: Image List   Upload Date: 2010-10-06

**WESTERN UNION MONEY ORDER**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

14-06676 9074

***PAY EXACTLY $1000.00    $ 1000.00

#40047635

A 509179 D 061910
T 1518 01
14066 76907 40 L 000000

PAY EXACTLY ONE THOUSAND DOLLARS AND NO CENTS

PAY TO THE ORDER OF  Neiman Marcus

PURCHASER'S ADDRESS

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE

*0000 1000 00*

⑈10210040⑆ ⑆4014066769074⑈

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.
Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

ENDORSE ABOVE THIS LINE    AP

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
THE NEIMAN MARCUS GROUP INC

SERVICE CHARGE:
If this Money Order is not used or cashed (presented for payment) within one (1) year of the purchase date, there will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. That service charge is fifty cents (50¢) per month from the date of purchase, not to exceed forty-two dollars ($42) (or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law).

THIS IS A TRUE COPY FROM THE BUSINESS RECORDS OF WESTERN UNION FINANCIAL SERVICES   Requestor: AML Compliance Command Center
Mail Stop: = M12K2 Command Center   Image Source: Image List   Upload Date: 2010-10-06

**WESTERN UNION MONEY ORDER**

***** EXACTLY $200.00   14-06769073

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

$200.00

#4004 7655   PAYMENT FOR/ACCT. #

PAY EXACTLY TWO HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF: THE NEIMAN MARCUS GROUP
BERGDORF GOODMAN

⑈10210100⑈: 1014066769073 1⑈

NOTICE: Do not cash this Money Order for any person from whom you are not able to receive your payment. Should the item bear any unauthorized signature, be stolen, improperly completed, or altered issuer will either stop payment hereon or charge back against any endorser. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.

Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

ENDORSE ABOVE THIS LINE

SERVICE CHARGE:
If the Money Order is not cashed for payment within one (1) year of its purchase date, there will be a nonrefundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50¢) per month from the date of purchase, not to exceed forty-two dollars ($42) or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law.


EXHIBIT E

# Your Exchange "Check Cashing"

Dear Mr. Seaver, 

1. I have included the 2 CTR's we filed for Dennis Hecker for the checks cashed on 06/29/2010 and 06/30/2010.

2. You can contact Cashpass, the card provider, for information regarding card loads at 1-877-766-3551.

3. Below is the breakdown for the $29,860.42 check cashed on 06/19/2010:

$22,539 in money orders

$2,000 wire transfer send

$2,382.41 card load

$2,000 cash

Below is the breakdown for the $28,689.42 check cashed on 06/23/2010:

$16,514 in money orders

$2,313.24 card load

$9,000 cash

4. Dennis Hecker and Christi Rowan have not sold anything at Your Exchange.

5. Money orders purchased provided below

| | | | | |
|---|---|---|---|---|
| :37 P 14-066769123-5 Sale 01 | 01 | $0.99 | $1000.00 | |
| :37 P 14-066769124-4 Sale 02 | 01 | $0.99 | $1000.00 | |
| :37 P 14-066769125-3 Sale 03 | 01 | $0.99 | $1000.00 | |
| :37 P 14-066769126-2 Sale 04 | 01 | $0.99 | $1000.00 | |
| :37 P 14-066769127-1 Sale 05 | 01 | $0.99 | $750.00 | |
| :38 P 14-066769128-0 Sale 01 | 01 | $0.99 | $1000.00 | 06- |
| :38 P 14-066769129-8 Sale 02 | 01 | $0.99 | $200.00 | |
| :38 P 14-066769130-7 Sale 03 | 01 | $0.99 | $600.00 | 23- |
| :38 P 14-066769131-6 Sale 04 | 01 | $0.99 | $1000.00 | |
| :39 P 14-066769132-5 Sale 01 | 01 | $0.99 | $1000.00 | 2010 |
| :39 P 14-066769133-4 Sale 02 | 01 | $0.99 | $1000.00 | |
| :39 P 14-066769134-3 Sale 03 | 01 | $0.99 | $1000.00 | |
| :39 P 14-066769135-2 Sale 04 | 01 | $0.99 | $130.00 | |
| :40 P 14-066769136-1 Sale 01 | 01 | $0.99 | $72.00 | |
| :40 P 14-066769137-0 Sale 02 | 01 | $0.99 | $72.00 | |
| :40 P 14-066769138-8 Sale 03 | 01 | $0.99 | $1000.00 | |
| :40 P 14-066769139-7 Sale 04 | 01 | $0.99 | $690.00 | |
| :41 P 14-066769140-6 Sale 01 | 01 | $0.99 | $1000.00 | |
| :41 P 14-066769141-5 Sale 02 | 01 | $0.99 | $1000.00 | |
| :41 P 14-066769142-4 Sale 03 | 01 | $0.99 | $1000.00 | |
| :41 P 14-066769143-3 Sale 04 | 01 | $0.99 | $1000.00 | |

| | | | | |
|---|---|---|---|---|
| :18 P 14-066769068-6 Sale 01 | 01 | $0.99 | $1000.00 | |
| :18 P 14-066769069-5 Sale 02 | 01 | $0.99 | $200.00 | |
| :18 P 14-066769070-4 Sale 03 | 01 | $0.99 | $350.00 | |
| :18 P 14-066769071-3 Sale 04 | 01 | $0.99 | $420.00 | |
| :18 P 14-066769072-2 Sale 05 | 01 | $0.99 | $1000.00 | |
| :18 P 14-066769073-1 Sale 06 | 01 | $0.99 | $200.00 | |
| :18 P 14-066769074-0 Sale 07 | 01 | $0.99 | $1000.00 | 06- |
| :19 P 14-066769075-8 Sale 08 | 01 | $0.99 | $650.00 | |
| :20 P 14-066769076-7 Sale 01 | 01 | $0.99 | $475.00 | 19- |
| :20 P 14-066769077-6 Sale 02 | 01 | $0.99 | $500.00 | |
| :20 P 14-066769078-5 Sale 03 | 01 | $0.99 | $1000.00 | 2010 |
| :20 P 14-066769079-4 Sale 04 | 01 | $0.99 | $1000.00 | |
| :20 P 14-066769080-3 Sale 05 | 01 | $0.99 | $750.00 | |
| :21 P 14-066769081-2 Sale 01 | 01 | $0.99 | $1000.00 | |
| :21 P 14-066769082-1 Sale 02 | 01 | $0.99 | $1000.00 | |
| :21 P 14-066769083-0 Sale 03 | 01 | $0.99 | $1000.00 | |
| :21 P 14-066769084-8 Sale 04 | 01 | $0.99 | $44.00 | |
| :22 P 14-066769085-7 Sale 01 | 01 | $0.99 | $1000.00 | |
| :22 P 14-066769086-6 Sale 02 | 01 | $0.99 | $1000.00 | |
| :22 P 14-066769087-5 Sale 03 | 01 | $0.99 | $1000.00 | |
| :22 P 14-066769088-4 Sale 04 | 01 | $0.99 | $450.00 | |
| :23 P 14-066769089-3 Sale 01 | 01 | $0.99 | $1000.00 | |
| :23 P 14-066769090-2 Sale 02 | 01 | $0.99 | $1000.00 | |
| :23 P 14-066769091-1 Sale 03 | 01 | $0.99 | $1000.00 | |
| :23 P 14-066769092-0 Sale 04 | 01 | $0.99 | $1000.00 | |
| :23 P 14-066769093-8 Sale 05 | 01 | $0.99 | $1000.00 | |
| :24 P 14-066769094-7 Sale 01 | 01 | $0.99 | $1000.00 | |
| :24 P 14-066769095-6 Sale 02 | 01 | $0.99 | $1000.00 | |
| :24 P 14-066769096-5 Sale 03 | 01 | $0.99 | $500.00 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:  BKY No. 09-50779

Dennis E. Hecker,

    Debtor.

---

Randall L. Seaver, Trustee  ADV No. 10-5032

    Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

    Defendants.

---

**CERTIFICATE OF SERVICE**

---

I, Richard M. Carlson, do hereby certify that on December 7, 2010 the **Affidavit of Christi Rowan Supplementing the Response to the Trustee's Motion for Contempt of Court** was filed with the Clerk of Court via ECF, and served upon all parties in interest and other entities specified in Local Rule 9010-3 listed on the below service list by the means indicated.

Dated: December 7, 2010.

                                              ___/s/ Richard M. Carlson_____
                                              Richard M. Carlson
                                              Morris Law Group, PA

**Via e-notice by the U.S. Bankruptcy Court to the following:**

Matthew R. Burton    mburton@losgs.com, swood@losgs.com

**Via by U.S. mail to the following:**

Dennis E Hecker
1615 North Ridge Rd
Medina, MN 55391

CHRISTI M. ROWAN
1615 NORTHRIDGE DRIVE
MEDINA, MN 55391

Mr. Dennis Hecker
c/o Sherburne County Jail
13880 Highway 10
13880 Business Center Drive
Elk River, MN 55330-4601

Barbara J. May
2780 North Snelling
Suite 102
Roseville, MN 55113