# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In Re:

Dennis E. Hecker,

      Debtor.

Case No.:  09-50779

Chapter 7

---

Randall L. Seaver, Trustee,

      Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

      Defendants.

ADV Case No. 10-5032

---

## AMENDED NOTICE OF HEARING AND MOTION FOR CONTEMPT OF COURT

---

TO:    Parties specified in Local Rule 9013-3.

    1.    Randall L. Seaver, the Chapter 7 Trustee ("**Trustee**"), by and through his undersigned counsel, moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this Motion at 11:30 a.m. on March 9, 2011, in Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel can be heard.

    3.    Any response to this motion must be filed and served by delivery no later than March 4, 2011, which is five (5) days before the above date (including Saturdays, Sundays and holidays). UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

## MOTION

4.      This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Federal Rule of Bankruptcy Procedure 5005 and Local Rule 1070-1. This Motion is filed under Local Rule 9013-2. The petition commencing this Chapter 7 case was filed on June 4, 2009. The case is now pending in this Court.

5.      This motion arises under 11 U.S.C. §105(a) and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure. Movant requests relief with respect to the failure of Defendant Christi M. Rowan ("**Rowan**") to comply with the Court's Order of October 6, 2010 (granting the Trustee's request for a preliminary injunction) ("**Order**"). A copy of the Order is attached as Exhibit A hereto.

6.      In November of 2010, the Trustee moved for contempt against Defendant Christi Rowan due to her failure, as alleged by the Trustee, to account for his use of estate assets and, in particular, proceeds of Prudential insurance policies. However, unknown to the Trustee, Rowan was engaged in a broader scheme of theft and deception

7.      A hearing on the Trustee's motion for contempt was held on December 10, 2010. Rowan testified under oath at that hearing.

8.      Despite the Order, and the threat of contempt, Defendant Rowan converted assets of the bankruptcy estate that very day. These actions are detailed in the Affidavit of Randall L. Seaver, Trustee.

9.    On December 30, 2010, just under three weeks after the contempt hearing, Defendant Rowan went to U.S. Bank with two checks made payable to Dennis E. Hecker totaling $1,204.20. Copies of the relevant records are attached hereto as Exhibit B.   The first check was a dividend check derived from, of all things, Prudential stock totaling $1,149.26.   Neither Hecker nor Rowan ever disclosed the Prudential stock.  The Trustee has subsequently learned that there are 1,388 shares of Prudential stock which was held in the hand of Dennis Hecker when filed bankruptcy, which stock has a value based on a February 22, 2011 trading price of over $65.00 per share of over $90,000.00.  The Prudential stock and the $1,204.20 dividend are prepetition assets.

10.    The second check, in the amount of $54.94 was issued by Geico and made payable to Hecker.  The purpose of the check is unknown at this time.

11.    Defendant Rowan presented these checks at the U.S. Bank counter for deposit and took back $500.00 in cash.  Defendant Rowan was able to access the account because the Debtor had granted her power of attorney (which was presented to the bank).  Exhibit C.

12.    The temporary injunction issued by this Court in October of 2010 provides, among other things, that, "Defendants, their agents or assigns are enjoined from **using, disposing**, transferring, encumbering, secreting or destroying any and **all estate property, including estate property concealed by Hecker**."  The Order further provides that, "Defendants are enjoined from using, removing, concealing, **disposing of** or encumbering or transferring **any personal property** including all property purchased with money from the cashing of the Prudential checks."

13.    Undeterred by this Court's Order, and shortly after being brought to Court on charges of contempt, Defendant Rowan directly violated the Order.

14. In addition to all of the foregoing, the Trustee has learned that, at the time of filing, Dennis Hecker maintained four U.S. Bank accounts (ending in 2088, 0537, 0545 and 0553). The total balance in these accounts exceeded $14,000.00.

15. As detailed in the Affidavit of Randall L. Seaver, Trustee, served and filed herewith, during the period of November 2010 through January 2011, Rowan made withdrawals on these accounts and liquidated the value therefrom. The loss caused by Rowan exceeds $14,000.00.

16. From the face of the Prudential check, it can be ascertained that it was sent to Hecker's former business address of 500 Ford Road. So, by mail forwarding or some other device, that checks, and most likely others (to which Defendant Rowan has no entitlement) are ending up in her hands and are being wasted. The funds are not being used for the benefit of the creditors of this estate nor are they being used for the benefit of creditors of Hecker's business entities.

17. The Trustee believes that Defendant Rowan is contempt of this Court's Order. The Trustee desires that the Court order that Defendant Rowan be immediately required to account for all money that has passed through her possession or control since the Order, provide records for all banking or other financial institution transactions since the Order, that she reimburse the estate for all funds lost due to her conversion and that the Court order incarceration of Defendant Rowan until she is in full compliance.

18. The Trustee expects that he will incur attorneys' fees of not less than $1,500.00.

19. If required, the Trustee gives notice that he may testify at the hearing of this matter.

**WHEREFORE**, the Trustee requests that this Court order as follows:

1. That Rowan is in civil contempt of this Court;

2. Award the Trustee his costs and fees incurred in bringing this motion;

3.      Direct Defendant Rowan to immediately account for all money that has passed through her possession or control since the Order, provide records for all banking or other financial institution transactions since the Order, that she reimburse the estate for all funds lost due to her conversion and that the Court order that Rowan be held in custody until such time as the Court is convinced that Rowan has complied with this Court's orders; and,

4.      For such other relief the Court deems just and proper under the circumstances.

**LEONARD, O'BRIEN,**
**SPENCER, GALE & SAYRE LTD.**

/e/ Matthew R. Burton

Dated: February 25, 2011                    By: _____

Matthew R. Burton, #210018
Attorneys for Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

**VERIFICATION**

    I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker, named in the foregoing Notice of Hearing and Motion for Contempt of Court, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                            /e/ Randall L. Seaver

Dated:  February 25, 2011                  _____

                                                 Randall L. Seaver

434974

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:                                                          BKY No. 09-50779

Dennis E. Hecker,

      Debtor.

---

Randall L. Seaver, Trustee,                                    ADV No. 10-5032

      Plaintiff,

v.

Dennis E. Hecker and
Christi M. Rowan,

      Defendants.

---

### ORDER

---

This adversary proceeding is before the court on the motion of the plaintiff for a preliminary injunction.

Based on the motion and the file,

The court finds that the proceeds of Prudential Insurance checks which have not been turned over to the trustee (approximately $109,000.00) is property of the bankruptcy estate and the defendants are wrongfully exercising dominion and control over the same. It is also likely that defendants possess and control, or have already disposed of, additional property of the estate.

THEREFORE IT IS ORDERED:

1.    The plaintiff's request for expedited relief is granted.



EXHIBIT
A

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/06/2010
Lori Vosejpka, Clerk, by LMH

2.    The defendants, their agents or assigns are enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by Hecker.

3.    The defendants, their agents or assigns shall, within 24 hours of this order, disclose all estate property in their possession to the trustee and allow the trustee access thereto.

4.    The defendants are enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.

5.    The defendants, their agents or assigns shall, within 24 hours of this order, fully account for their use of the proceeds of the Prudential checks, or other estate property, and shall turn over to the trustee all property purchased with any of the proceeds of the Prudential checks or other estate property.

6.    This preliminary injunction shall remain in effect until a trial is held in this adversary proceeding or until further order of this court.


Dated:  October 6, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

428319

2

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #8 | | |
|---|---|---|
| Account No.: \_ \_ \_ \_ \_ | Check No.: | Sequence No.: 1 |
| Amount: $1149.26 | Routing No.: 06111278 | Date: 12/30/2010 |

**Front:**

Prudential

Bank of America
Atlanta, Dekalb County, Georgia

64-1278
611 GA

PLEASE DEPOSIT THIS CHECK PROMPTLY.
IMPORTANT TAX RETURN DOCUMENT ATTACHED

Pay    $***ONE THOUSAND, ONE HUNDRED AND FORTY NINE DOLLARS AND TWENTY SIX CENTS****

Check Number: 0010762971

17 Dec 2010

Pay to the order of    DENNIS E HECKER
C/O SUE MILLER
WALDEN AUTO GRP 500 FORD RD
MINNEAPOLIS MN 55426

$****1,149.26****

Computershare Inc.
Authorized Person(s)

Steven Sitong

Authorized Signature(s)

Computershare Inc.
250 Royal St, Canton, MA 02021

Security Features included (Draws or Back) ☐

**Back:**

10536760

10553

19176

8008

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
PAYEES SIGNATURE

THIS PAPER CONTAINS GENUINE WATERMARK - DO NOT ACCEPT WITHOUT HOLD TO LIGHT TO VERIFY WATERMARK



EXHIBIT

tabbies    B

2 of 4

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #9 | | | |
|---|---|---|---|
| Account No. | | Check No.: | Sequence No.: |
| Amount: $54.94 | | Routing No.: | Date: 12/30/2010 |

**Front:**

DEC 18, 2010          PNC BANK, N.A.      000    55-377
312

GEICO          GOVERNMENT EMPLOYEES INSURANCE CO
              ONE GEICO PLAZA          NEW JERSEY
              WASHINGTON, D.C.   20076

                        EXACTLY•••••••••••••$54.94     NO.   C017488293

              FIFTY-FOUR AND 94/100 ---------------------------- DOLLARS          VOID AFTER 120 DAYS

                                                                    C G Scho—
PAY       DENNIS EARL HECKER
TO THE    1101 WAYZATA BLVD E # 1
ORDER     WAYZATA, MN 55391-1935                                    TREASURER
OF

**Back:**

12458237          (DEPOSITORY BANK USE ONLY)

*3 of 4*

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

---

**Item #13**

Account No.: ~~~~553  Check No.:  Sequence No.: 00

Amount: $2000.00  Routing No.: 56068052  Date: 11/29/2010

**Front:**

COUNTER WITHDRAWAL
Dennis Hickur
ACCOUNT TITLE

US bank

DATE 11-26-10

_____ POA _____ DOLLARS

SIGNATURE OF PAYEE

ACCOUNT NUMBER

* 0553

$

AMOUNT

2000 —

C0039 00731 0003  11/29/2010 11:51 USB
HOLD  553  H
$2,000.00

⑆56068052⑆  —  0553⑈  ⑆0000 200000⑆

**Back:**

T6744 182 JB  J. 11292010
2 US BANCHA
PAUL MN

---



EXHIBIT B

1 of 2

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

**Item #2**
Account No.: _ _ _ _0553
Amount: $2949.00
Check No.: 0
Routing No.: 56068052
Sequence No.: ( ...
Date: 11/29/2010

**Front:**

COUNTER WITHDRAWAL

*Dennis Hicker*

ACCOUNT TITLE

*P.O.A*

SIGNATURE REQUIRED

DOLLARS

DATE 11-26-10

ACCOUNT NUMBER

*7553

AMOUNT

2 9 4 9 0 0

00066 0L731 0002 11/29/2010 11:5: US8
US BANK CK    8   7553    H

$2,949.00

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THIS ACCOUNT.

⑆56068052 0⑆    ⑈7553⑈    ⑉0000 294900⑉

**Back:**

T6698 192 18  1 11292010
A692 US BANKOR
PAUL, MN

*1 of 1*

## U.S. Bank Confidential Communication



Requested by: Barbette Berg

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #1 | | |
|---|---|---|
| Account No ...... ...0545 | Check No.: 0 | Sequence No.: |
| Amount: $4300.00 | Routing No.: 56068052 | Date: 12/13/2010 |

**Front:**

COUNTER WITHDRAWAL

ACCOUNT TITLE

DOLLARS

DATE 12/11/2010

ACCOUNT NUMBER

10545

AMOUNT

4300.00

00032  00731 3006   12/13/2010 10:46 USB
US BANK CK                 H
                           7545
                           $4,300.00

⑆56068052⑆    )545⑈    ⑈000004300000⑈

**Back:**

2012

T7739 142 TB  ⑆ 12132010
              US BANK/NA
              PAUL, MN

*1 of 1*

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

**Item #2**
Account No. \0553
Amount $704.20

Check No.:
Routing No.: 

Sequence No.:
Date: 12/30/201u

**Front:**

US bank
All of us serving you®

COUNTER DEPOSIT

DATE 12/30/2010

*DENNIS E HECKER*

FDA

ACCOUNT NUMBER

CASH ▶

CHECK ▶

CHECK OR
TOTAL FROM
OTHER SIDE ▶      54.94
                 1149.26

SUB TOTAL ▶

LESS CASH
RECEIVED ▶         500.—
                   704.20

$

≡0553≡

**Back:**



EXHIBIT
C

*1 of 4*

In Re:
Case No.: 09-50779
Chapter 7

Dennis E. Hecker,

       Debtor.

---

Randall L. Seaver, Trustee,
ADV Case No. 10-5032

       Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

       Defendants.

---

## MEMORANDUM OF LAW IN SUPPPORT OF MOTION FOR CONTEMPT

## INTRODUCTION

The Trustee submits the following Memorandum of Law in Support of his Motion for Civil Contempt of Court. The relevant facts are outlined in the Amended Notice of Hearing and Affidavit of Randall L. Seaver filed herewith.

Since the initial filing of this motion on February 22, 2011, and as detailed in the Affidavit of Randall L. Seaver dated February 25, 2011, the Trustee has learned these additional facts:

On September 1, 2009, Dennis Hecker filed an Amended Schedule B disclosing, among other things, two additional accounts at U.S. Bank as follows:

| | |
|---|---|
| U.S. Bank (0545) | $6,200.20 |
| U.S. Bank (0553) | $7,721.87 |

Seaver Aff. Ex. D1.[1]

The approximately $14,000.00 in U.S. Bank accounts 0545 and 0553 ("**U.S. Bank Accounts**") remained in those accounts, accruing interest, until the fall of 2010.

On October 6, 2010, this Court issued a preliminary injunction against Defendants Christi Rowan and Dennis Hecker, at paragraph 2, enjoined Hecker and Rowan as follows:

> The defendants, their agents or assigns are enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by Hecker.

Seaver Aff. Ex. E.

On October 18, 2010, Hecker was taken into custody by U.S. Marshals, in large part, for his actions relating to the surrender of Prudential insurance policies, one of the subjects of this litigation.

However, Hecker's incarceration did not deter, or even slow Rowan in her quest to defraud the bankruptcy estate. On October 28, 2010, Hecker provided Rowan with a power of attorney.

Apparently, immediately upon receiving the power of attorney, Rowan, who was already obligated to the bankruptcy estate for an amount in excess of $400,000.00, decided to continue her fraud of the estate by looting the U.S. Bank Accounts.

Ms. Rowan's first step in pillaging those accounts may have been to change the mailing address for the accounts, from 500 Ford Road to 1161 Wayzata Boulevard East, #158, Wayzata, MN. This is apparently a post office box controlled by Hecker and/or Rowan.

---

[1]On or about August 13, 2009, after Hecker had filed his original schedules, the Trustee corresponded with U.S. requesting that all accounts be closed and monies paid to the estate. The Trustee did not receive the monies from U.S. Bank.

In November, Rowan began stealing estate money. Rowan's first cash theft took place on November 26, 2010 when she signed a $702.00 withdrawal slip using the Hecker power of attorney for account number 0553. Seaver Aff. Ex. G and J.

Rowan's next cash thefts from the account occurred on November 29, 2010 when she stole $2,000.00 from account number 0553. She stole another $2,949 from account number 0553 on that same day. Seaver Aff. Ex. G and J.

At the same time that she was busy looting the U.S. Bank Accounts, Rowan was apparently working with her attorneys on preparing a response to a pending contempt motion of the Trustee in this same case, which motion arose from the same preliminary injunction. Apparently, she was able to complete her work on her response on December 1, 2010, just two days after stealing the additional $4,949.00 from the bankruptcy estate. See docket entry 15.

On December 2, 2010, there was a hearing in front of this Court on the contempt motion, and the parties were ordered to return to Court on December 10, 2010 for an evidentiary hearing

On December 10, 2010, this Court entered an order denying the motion for contempt against Rowan. Apparently Ms. Rowan had time, either prior to or after attending the December 10, 2010 contempt motion, to steal another $300.00 from the bankruptcy estate by making a $300.00 cash withdrawal from account number 0553. Seaver Aff. Ex. G and J. On that same day, the Court entered an agreed-upon order allowing the Trustee access to Rowan's residence at 1615 North Ridge.

Apparently buoyed by her success on December 10, 2010 in avoiding a contempt finding, on December 11, 2011 the day after the order was entered by this court, Rowan again visited U.S. Bank to steal further estate money. On December 11, 2010, she stole an additional $4,300 in cash from the U.S. Bank Accounts. Seaver Aff. Ex. G and J.

On December 20, 2010 Rowan stole at least another $500.00 in estate money. Seaver Aff. Ex. G and J.

The brazen actions of Rowan in stealing bankruptcy estate money in clear violation of the preliminary injunction, even while she was appearing in this Court to assert that she was not in contempt of this Court's injunction is incomprehensible. It is difficult to imagine a more obvious example of contempt for an order issued by this Court than the repeated thefts by Ms. Rowan of bankruptcy estate property. Northing short of the rare use of this Court's authority to order incarceration will lead Rowan to make good on her damages caused to the estate and to prevent her from continuing her course of economic terrorism on the creditors of this estate.

## ARGUMENT

I.     **THE COURT SHOULD FIND ROWAN IN CIVIL CONTEMPT OF COURT BECAUSE SHE VIOLATED A SPECIFIC ORDER OF WHICH SHE WAS AWARE.**

A bankruptcy court has the power to issue an order of contempt. *Koehler v. Grant*, 213 B.R. 567, 570 (8th Cir. 1997). Section 105(a) of the Bankruptcy Code provides, in relevant part:

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.

11 U.S.C. § 105(a).

Civil contempt, in contrast to criminal contempt, is meant to compensate the complaining party and/or coerce the defendant into complying with the court's order. *Hubbard v. Fleet Mortg. Co.,* 810 F.2d 778, 781 (8th Cir. 1987). The complaining party need not show that the defendant "willfully" violated the order. *In re Atkins*, 176 B.R. 998, 1009 (Bankr. D. Minn. 1994); see also, *United States v. Open Access Technology International, Inc.* 527 F.Supp.2d 910, 912 (D. Minn. 2007). Rather, the complaining party need only establish that the other party violated a specific order of which he was aware. *Atkins* at 1009.

This Court's Order made it clear that Rowan was not to misappropriate assets of the estate. Prudential insurance proceeds were an issue as recently as December 2010. Yet, that same month, Rowan knowingly converted Prudential stock dividends which were estate property.

The Court may levy a fine against the party in contempt, which is payable to the moving party or the Court, or may order imprisonment. *Open Access*, at 912. The Trustee submits that his attorney's fees, estimated to be $1,500.00 should be paid by Rowan so that the estate's creditors are not harmed by the Trustee having to seek the Court's assistance in this matter. Of course, the Trustee would welcome a more severe monetary sanction.

Rowan is in contempt of this Court's Order. The Trustee desires that the Court order that Defendant Rowan immediately be required to account for all money that has passed through her possession or control since the Order, provide records for all banking or other financial institution transactions since the Order, that she reimburse the estate for all funds lost due to her conversion and that the Court incarcerate Defendant Rowan. Incarceration is necessary to obtain compliance. It is clear from Rowan's theft of estate property shortly after appearing in front of this Court, that she continues to knowingly disregard orders of this Court.

## <u>CONCLUSION</u>

Based on the above, the Trustee requests that the Court find Rowan in civil contempt of court. The Trustee also respectively fully requests that the Court direct Rowan to immediately be required to account for all money that has passed through her possession or control since the Order, provide records for all banking or other financial institution transactions since the Order, that she reimburse the estate for all funds lost due to her conversion and that the Court order that Rowan be held in custody until such time as the Court is convinced that Rowan has complied with this Court's orders.

**LEONARD, O'BRIEN,**
**SPENCER, GALE & SAYRE LTD.**

/e/ Matthew R. Burton

Dated: February 25, 2011               By: _____
                                            Matthew R. Burton #210018
                                            Attorneys for Trustee
                                            100 South Fifth Street, Suite 2500
                                            Minneapolis, MN 55402
                                            (612) 332-1030

434982.2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

In re:

Dennis E. Hecker,

        Debtor.

---------------------------------------------------

Randall L. Seaver, Trustee

        Plaintiff,

vs.

Dennis E. Hecker and Christi M. Rowan,

        Defendants.

---------------------------------------------------

BKY No. 09-50779
ADV No. 10-5032

**AFFIDAVIT OF RANDALL L. SEAVER**

STATE OF MINNESOTA  )
                      )
COUNTY OF DAKOTA  )      Randall L. Seaver, being first duly sworn, does

hereby state and depose as follows:

    1.      I am the trustee in this bankruptcy case and have personal knowledge of the facts

contained herein.

    2.      Attached hereto as Exhibit A is a true and correct copy of correspondence from

ComputerShare confirming ownership of 1,388 shares of stock.  These shares have been placed

in a new account for me as trustee.

3.     Attached hereto as Exhibit B is a true and correct copy of a redacted history for dividend payments for the 1,388 shares of Hecker Prudential stock reflecting dividends paid on that stock over the last several years.

4.     Attached hereto as Exhibit C is a true and correct redacted copy of February 23, 2011 correspondence and enclosures from Computershare.

5.     Attached hereto as Exhibit D is a true and correct copy of one page of an Amended Schedule B filed by Dennis E. Hecker identifying, among other things, accounts at U.S. Bank.

6.     Attached hereto as Exhibit D1 is a true and correct redacted copy of a U.S. Bank Uni-Statement for the time period of May 20 - June 17, 2009. The original statements were provided by U.S. Bank pursuant to a subpoena served upon it.

7.     On June 9, 2009, when Dennis Hecker filed for bankruptcy, the U.S. Bank Accounts ("U.S. Bank Accounts") became property of this bankruptcy estate.

8.     Attached hereto as Exhibit E is a true and correct copy of an October 6, 2010 preliminary injunction against Christi Rowan and Dennis Hecker entered in ADV No. 10-5032. Among other things, the injunction provides as follows:

> The defendants, their agents or assigns are enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by Hecker.

9.     Attached hereto as Exhibit F is a true and correct redacted copy of a U.S. Bank Uni-Statement for the time period of October 21, 2010 - November 18, 2010. The original statements were provided by U.S. Bank pursuant to a subpoena served upon it.

10.     Attached hereto as Exhibit G is a true and correct redacted copy of a U.S. Bank Uni-Statement for the time period of November 19, 2010 - December 17, 2010. The original statements were provided by U.S. Bank pursuant to a subpoena served upon it.

11.     Attached hereto as Exhibit H is a true and correct redacted copy of a U.S. Bank Uni-Statement for the time period of December 18, 2010 - January 20, 2011. The original statements were provided by U.S. Bank pursuant to a subpoena served upon it.

12.     Attached hereto as Exhibit I is a true and correct redacted copy of U.S. Bank Uni-Statement for January 21, 2011 - February 17, 2011. The originals statement were provided by U.S. Bank pursuant to a subpoena served upon it.

13.     Attached are as Exhibit J are true and correct copies of redacted counter withdrawal slips provided by U.S. Bank pursuant to a subpoena served upon it.

**FURTHER YOUR AFFIANT SAYETH NOT.**



Randall L. Seaver

Subscribed and sworn to before me
this 25 day of February, 2011.

Notary Public

KARI L. FOGARTY
Notary Public - Minnesota
My Commission Expires Jan. 31, 2015

**Computershare**

Computershare
250 Royall Street
Canton, Massachusetts 02021
www.computershare.com

<u>VIA FACSIMILE</u>

February 15, 2011

Randall L. Seaver
United States Chapter 7 Panel Trustee
Portland Corporate Center
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337



Re:   <u>Dennis E. Hecker – Prudential</u>

Dear Mr. Seaver:

I am in receipt of your letter dated February 14, 2011 regarding the above-referenced Shareholder.

Please be advised that Mr. Hecker currently has 1,388 book shares of Prudential. If you would like to liquidate these shares, please forward a letter of instruction with a medallion guarantee of signature to my attention, we will then transfer the shares into the name of the Trustee and the account can be liquidated.

I have placed a global stop on the account which prohibits any transfers or sales.

If you have any questions, please feel free to contact me at 781-575-2316.

Sincerely,

Karen A. Carlson
Sr. Paralegal



EXHIBIT A

Screen dump for user: karen carlson

*Date: Tuesday, 22nd February 2011 16:02:41*

```
COMPUTERSHARE SHAREHOLDER SERVICES INC                  Run/Sess/Date:1192/0000/02-22-2011
PRUDENTIAL FINANCIAL INC/PRU                             Serv Provider/Code: CPU/UNKWN
* SCRIP Enquiry - PAYMENTS-------------------------------------------------------------Page  1
  HID: C00'           3: IND   TIN: *******4298    Key....: HECKER    DENNISE
  N&A: DENNIS E HECKER | C/O SUE MILLLER | WALDEN AUTO GRP 500 FORD RD ...      Post: 55426

  -#---TType--Date-----Method-------Reference------Gross Amt-------Nett Amt----Presented-Status---Cur

    Acc:D1012      Desc: C01 DIV RD 11/23/10 PD 12/17/10 @ $1.15   (Dividend)          Base Curr: USD
                   Bank: BOA/0C                                    Cheque Locator: 09492627290
  01  SYSTM  12/17/10 Cheque  00000010?...-       1596.20           1149.26  12/31/10  Pres        USD

    Acc:D0912      Desc: C01 DIV RD 11/24/09 PD 12/18/09 $0.70     (Dividend)          Base Curr: USD
                   Bank: BOA/006                                   Cheque Locator: 09192576134
  02  SYSTM  12/18/09 Cheque  0000000s..-         971.60            699.55  02/17/10  Pres         USD

    Acc:D0812      Desc: C01 DIV RD 11/24/08 PD 12/19/08 $0.58     (Dividend)          Base Curr: USD
                   Bank: BOA/006                                   Cheque Locator: 04592065362
  03  SYSTM  12/19/08 Cheque  00000000....        805.04            579.63  12/16/08  Pres         USD

    Acc:D0712      Desc: C01 DIV RD 11/26/07 PD 12/21/07 $1.15     (Dividend)          Base Curr: USD
                   Bank: BOA/0.                                    
  04  SYSTM  12/21/07 Cheque  0000000s...-
      CONFR  10/23/08 Cheque  000000003653601     1596.20           1149.26           Consol.      USD

    Acc:D0612      Desc: C01 DIV RD 11/27/06 PD 12/21/06 $0.95     (Dividend)          Base Curr: USD
                   Bank: BOA/00(

  *-------------------------------------------------------------------------------------(M)ore
    Action.........: 01___     Locate....: _____
  <Esc> for valid actions; '>' , '<' for extra;  action HELP available;
  Form: ENS01009  Slot: 3326  PID: 4BCFBB23  Node: CSAPR3  Date: 22Feb2011 16:02
```



EXHIBIT B

**Computershare**

Computershare
250 Royall Street
Canton, Massachusetts 02021
www.computershare.com

<u>VIA FACSIMILE</u>

February 23, 2011

Randall L. Seaver
United States Chapter 7 Panel Trustee
Portland Corporate Center
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337

Re:     <u>Dennis E. Hecker – Prudential</u>

Dear Mr. Seaver:

I am in receipt of your letter dated February 23, 2011 regarding the above-referenced Shareholder.

Per your request, attached is a copy of the 2010 1099 statement, as well as a copy of the front and back of the December 17, 2010 dividend check.

As we discussed, Mr. Hecker received 1,388 shares from Prudential's demutualization on December 18, 2001.

If you have any questions, please feel free to contact me at 781-575-2316.

Sincerely,

Karen A. Carlson
Sr. Paralegal



EXHIBIT C

 **Prudential**

**Computershare**

Computershare
PO Box 43033
Providence, RI 02940-3033
Within USA, US territories & Canada     800 305 9404
Outside USA, US territories & Canada    732 512 3782
www.computershare.com/investor

## IMPORTANT TAX RETURN DOCUMENT ENCLOSED
125108

Recipient
DENNIS E HECKER
C/O SUE MILLLER
WALDEN AUTO GRP 500 FORD RD
MINNEAPOLIS MN  55426

| Holder Account Number | Co.ID |
|---|---|
| L_ _ _ _  )061 | PRU |

Recipient's ID No.                )-4293
Payer's Federal ID No.            ^3799

*Uncertified accounts are subject to withholding
taxes on dividend payments and sales proceeds.

001C30107.DSS.PRU.011139_96/125108/125108A

### Instructions for Recipients

Recipient's Identification Number: For your protection, this form may show only the last four digits of your taxpayer identification number. However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

Account Number: May show an account or other unique number the payer assigned to distinguish your account.

Box 1a: Shows total ordinary dividends that are taxable. Include this amount on line 9a of Form 1040 or 1040A. Also, report it on Schedule B (Form 1040) or Schedule 1 (Form 1040A), if required. The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040/1040A, but treat it as a plan distribution, not as investment income, for any other purpose.

Box 1b: Shows the portion of the amount in box 1a that may be eligible for the 15% or 0% capital gains rates. See the Form 1040/1040A instructions for how to determine this amount. Report the eligible amount on line 9b, Form 1040 or 1040A.

Box 2a: Shows total capital gain distributions from a regulated investment company or real estate investment trust. Report the amounts shown in box 2a on Schedule D (Form 1040), line 13.

But, if no amount is shown in boxes 2b-2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on line 13 of Form 1040 (line 10 of Form 1040A) rather than Schedule D. See the Form 1040/1040A instructions.

Box 2b: Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. Report this amount on the Unrecaptured Section 1250 Gain Worksheet - Line 18 in the Schedule D instructions (Form 1040).

Box 2c: Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to a 50% exclusion and certain empowerment zone business stock that may be subject to a

60% exclusion. See the Schedule D (Form 1040) instructions.

Box 2d: Shows 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet - Line 18 in the instructions for Schedule D (Form 1040).

Box 3: Shows the part of the distribution that is nontaxable because it is a return of your cost (or other basis). You must reduce your cost (or other basis) by this amount for figuring gain or loss when you sell your stock. But if you get back all your cost (or other basis), report future distributions as capital gains. See Pub. 550, Investment Income and Expenses.

Box 4: Shows backup withholding. For example, a payer must backup withhold on certain payments at the applicable rate if you did not give your taxpayer identification number to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

Box 5: Shows your share of expenses of a nonpublicly offered regulated investment company, generally a nonpublicly offered mutual fund. If you file Form 1040, you may deduct these expenses on the "Other expenses" line on Schedule A (Form 1040) subject to the 2% limit. This amount is included in box 1a.

Box 6: Shows the foreign tax you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

Box 7: This box should be left blank if a regulated investment company reported the foreign tax shown in box 6.

Box 8: Shows cash liquidation distributions.

Nominees: If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-DIV with the IRS for each of the other owners to show their share of the income, and you must furnish a Form 1099-DIV to each. A husband or wife is not required to file a nominee return to show amounts owned by the other. See the current tax year General Instructions for Certain Information Returns.


188UDR

OORTDA (Rev. 8/10)

 **Prudential**

PAYER'S Federal Identification number: 22-3703799
PAYER'S name, street address, city, state, and ZIP code
PRUDENTIAL FINANCIAL INC
C/O COMPUTERSHARE
P.O. BOX 43010
PROVIDENCE RI 02940-3010

RECIPIENT'S Identification number:     )-4298
Account number (see instructions)     ^ ^0061
RECIPIENT'S name, street address, city, s_ _ _ IP code
DENNIS E HECKER
C/O SUE MILLLER
WALDEN AUTO GRP 500 FORD RD
MINNEAPOLIS MN  55426

**Form 1099-DIV (keep for your records)**

| | | CORRECTED (if checked) | | Dividends and Distributions | |
|---|---|---|---|---|---|
| 1a Total ordinary dividends | | 1b Qualified dividends | | | OMB No. 1545-0110 |
| $ 1596.20 | | $ 1596.20 | | | |
| 2a Total capital gain distr. | | 2b Unrecap. Sec. 1250 gain | | | |
| $ 0.00 | | $ 0.00 | | | **2010** |
| 2c Section 1202 gain | | 2d Collectibles (28%) gain | | | |
| $ 0.00 | | $ 0.00 | | | Form 1099-DIV |
| 3 Nondividend distributions | | 4 Federal income tax withheld | | | |
| $ 0.00 | | $ 448.94 | | | Copy B |
| 5 Investment expenses | | 6 Foreign tax paid | | | For Recipient |
| $ 0.00 | | $ 0.00 | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| 7 Foreign country or U.S. possession | | 8 Cash liquidation distributions | | | |
| | | $ 0.00 | | | |

The reportable amounts above include the following additional income:

| Company Paid Fees | Company Paid Service Charges |
|---|---|
| $ 0.00 | $ 0.00 |
| Discount on Reinvestment | |
| $ 0.00 | |

Department of the Treasury - Internal Revenue Service



# Bank of America Direct



| Check Info | | Electronic Endorsements | |
|---|---|---|---|
| Account: | 0990 | 12/30/2010 | **U.S. BANK NATIONAL ASSOCIATION (BOFD)** |
| Amount: | 1,149.26 | R/T: | 91000022 |
| Check #: | 10782971 | Seq #: | J32 |
| Posted Date: | 12/31/2010 | 12/31/2010 | BANK OF AMERICA, NA |
| | | R/T: | 11300016 |
| | | Seq #: C | .30 |

**BOFD - Bank of First Deposit**

Bank of America, N.A. Member FDIC.
©2005 Bank of America Corporation. All rights reserved.

B 6B (Official Form 6B) (12/07) - Cont.

In re   Dennis E. Hecker  _____     Case No.  09-50779  _____
                    Debtor                                                                      (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Associated Checking (Checking) (2303) | - | ~~$0.00~~ ~~$990.00~~ |
| | | Alliance Bank (8933) | - | $509.00 |
| | | Alliance Bank (2239) | - | ~~$747.00~~ ~~$258.00~~ |
| | | RiverWood Bank (0241) | - | $96.95 |
| | | First National (2303) | - | $0.00 |
| | | CIBC, 203 Scott Street, Fort Francis, Ontario, Canada, P9A 1G8 - accounts (xx-x1413) and (xx-x9019) - records seized. | - | Unknown |
| | | Wells Fargo (2942) | - | $0.00 |
| | | Wells Fargo (4407) | J | $0.00 |
| | | Wells Fargo (4399) | - | $0.00 |
| | | First National (4662) | - | $0.00 |
| | | US Bank (0537) | - | $334.32 |
| | | US Bank (0545) | - | $6,200.20 |
| | | US Bank (0553) | - | $7,721.87 |
| | | Bremer Bank (7027) | - | $6,231.42 |
| | | Bremer Bank (9968) | - | $5,656.59 |
| | | Alliance Bank (6401) | - | $83.00 |
| | | Associated Bank (1682) | - | $0.00 |
| | | Venture Bank (0502) | - | $1,602.00 |
| | | Bank of the West (5411) | - | $485.17 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Interest in an unknown portion of Household Goods and Furnishings located at 7175 E. Camel Back Rd., Scottsdale, AZ 85258 | J | Unknown |
| | | 1/2 interest in Household Goods and Furnishings located at 1492 Hunter Drive, Medina, MN 55391 | J | $46,330.00 |



 **USbank.**
*Five Star Service Guaranteed* ✪

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3035        TRC                    X    ST01

**Uni-Statement**

Account Number:
088
Statement Period:
May 20, 2009
through
Jun. 17, 2009

Page 1 of 3



000031398 1 SP 0.440 106481219319053 P
DENNIS E HECKER
500 FORD RD
MINNEAPOLIS   MN 55426-1062

☎ _____ **To Contact U.S. Bank**

| | |
|---|---|
| **By Phone:** | 1-800-US BANKS (1-800-872-2657) |
| **Minneapolis/St. Paul Metro Area:** | 612-US BANKS (612-872-2657) |
| **Telecommunications Device for the Deaf:** | 1-800-685-5065 |
| **Internet:** | usbank.com |

---

### INFORMATION YOU SHOULD KNOW

We have completed our periodic update of the "Your Deposit Account Agreement" booklet. The changes are effective immediately. Please review the revised booklet carefully. Most of the changes are technical in nature, but may affect your rights. In particular, four updates to note in the deposit account agreement include the revision of our statement suppression policy under the "Statements and Notices" section, revisions to "Using Your Card For International Transactions," the addition of a "Cellular Phone Contact Policy" section, and the eligibility and application of payment terms in the Checking Account Advance Agreement. You may pick up a copy at your local branch, view the updated agreements at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

Effective July 31, 2009, non-U.S. Bank ATM transaction fees will be changing. A fee of $2.00 will be assessed for each ATM transaction that occurs at a non-U.S. Bank ATM*, including balance inquiries, statements, and denied transactions.

*ATMs not identified as "U.S. Bank" ATMs may assess an additional access fee. Other ATM owners may assess different surcharge fees unless the ATM is owned by a member of the MoneyPassÒ ATM Network member. To find the MoneyPassÒ ATM locations, please visit www.moneypass.com.

---

### SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Interest Plus Checking | 2088 | $         176.90 | 1 |
| Money Market | 0587 | 88.19 | 2 |
| Money Market | 0545 | 6,200.20 | 2 |
| Money Market | 0889 | 7,968.00 | 2 |
| **Total Deposit Balances** | | $      14,433.29 | |

---

### INTEREST PLUS CHECKING                                                      Member FDIC

U.S. Bank National Association                                    **Account Number** . . . . . . 2088

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on  May 20 | $ | 176.90 | Interest Paid this Year | $        1.32 |
| **Ending Balance on  Jun. 17, 2009** | $ | 176.90 | Number of Days in Statement Period | 29 |

---

**U.S. Bank**
# Checking
That **Pays**

**Reward Program Summary**

All Rewards shown are as of Jun. 17, 2009.


**EXHIBIT D**



DENNIS E HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

**Uni-Statement**
Account Number:
!088
Statement Period:
May 20, 2009
through
Jun. 17, 2009

Page 2 of 3





## INTEREST PLUS CHECKING (CONTINUED)
U.S. Bank National Association

Account Number C   2088

### Cash Bonus Visa Check Card        Check Card Number 4476

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 11/2/2008 | 0.00 | 0.00 | 0.00 | 0.00 |

## MONEY MARKET                                                Member FDIC
U.S. Bank National Association

Account Number   -0537

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on May 20 | $ 344.31 | Annual Percentage Yield Earned | 0.03% |
| Deposits / Credits | 0.01 | Interest Earned this Period | $ 0.01 |
| Other Withdrawals | 10.00- | Interest Paid this Year | $ 24.92 |
| Ending Balance on Jun. 17, 2009 | $ 334.32 | Number of Days in Statement Period | 29 |

Your average collected balance of $344.31 was below the requirements.

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun. 17 | Interest Paid | 1700001572 | $ | 0.01 |
| | | **Total Deposits / Credits** | **$** | **0.01** |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun. 17 | Maintenance Fee | 1700001573 | $ | 10.00- |
| | | **Total Other Withdrawals** | **$** | **10.00-** |

## MONEY MARKET                                                Member FDIC
U.S. Bank National Association

Account Number   1-0545

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on May 20 | $ 6,199.47 | Annual Percentage Yield Earned | 0.14% |
| Deposits / Credits | 0.73 | Interest Earned this Period | $ 0.73 |
| Ending Balance on Jun. 17, 2009 | $ 6,200.20 | Interest Paid this Year | $ 4.60 |
| | | Number of Days in Statement Period | 29 |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun. 17 | Interest Paid | 1700001574 | $ | 0.73 |
| | | **Total Deposits / Credits** | **$** | **0.73** |

## MONEY MARKET                                                Member FDIC
U.S. Bank National Association

Account Number 0   553

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on May 20 | $ 7,721.21 | Annual Percentage Yield Earned | 0.15% |
| Deposits / Credits | 0.92 | Interest Earned this Period | $ 0.92 |
| Other Withdrawals | 0.26- | Interest Paid this Year | $ 5.74 |
| Ending Balance on Jun. 17, 2009 | $ 7,721.87 | Number of Days in Statement Period | 29 |



DENNIS E HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

**Uni-Statement**
Account Number:
**2088**
Statement Period:
May 20, 2009
through
Jun. 17, 2009

Page 3 of 3

## MONEY MARKET (CONTINUED)
U.S. Bank National Association

**Account Number**     J-0553

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|----------------------------|------------|---|--------|
| Jun. 17 | Interest Paid | 1700001575 | $ | 0.92 |
| | | **Total Deposits / Credits** | **$** | **0.92** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Jun. 17 | Federal Withholding | On Interest Payment | 1700001576 | $ | 0.26- |
| | | | **Total Other Withdrawals** | **$** | **0.26-** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                     BKY No. 09-50779

Dennis E. Hecker,

      Debtor.

---

Randall L. Seaver, Trustee,                                ADV No. 10-5032

      Plaintiff,

v.

Dennis E. Hecker and
Christi M. Rowan,

      Defendants.

---

## ORDER

    This adversary proceeding is before the court on the motion of the plaintiff for a preliminary injunction.

    Based on the motion and the file,

    The court finds that the proceeds of Prudential Insurance checks which have not been turned over to the trustee (approximately $109,000.00) is property of the bankruptcy estate and the defendants are wrongfully exercising dominion and control over the same. It is also likely that defendants possess and control, or have already disposed of, additional property of the estate.

    THEREFORE IT IS ORDERED:

    1.    The plaintiff's request for expedited relief is granted.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/06/2010
Lori Vosejpka, Clerk, by LMH



EXHIBIT *E*

2.    The defendants, their agents or assigns are enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by Hecker.

3.    The defendants, their agents or assigns shall, within 24 hours of this order, disclose all estate property in their possession to the trustee and allow the trustee access thereto.

4.    The defendants are enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.

5.    The defendants, their agents or assigns shall, within 24 hours of this order, fully account for their use of the proceeds of the Prudential checks, or other estate property, and shall turn over to the trustee all property purchased with any of the proceeds of the Prudential checks or other estate property.

6.    This preliminary injunction shall remain in effect until a trial is held in this adversary proceeding or until further order of this court.

Dated:   October 6, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

428319

2

 **US bank.**

 **THE PRIVATE CLIENT RESERVE**

### Uni-Statement

Account Number:
-0 2088
Statement Period:
Oct. 21, 2010
through
Nov. 18, 2010

Page 1 of 3

ılıılıılılıﻤııılıılılıılıılılıılıﻤıllıılılııl
000070443 1 SP 0.440 106481835944893 P
DENNIS E HECKER
500 FORD RD
MINNEAPOLIS   MN 55426-1062

☎                                         _To Contact U.S. Bank_

**By Phone:**                             1-800-US BANKS
                                          (1-800-872-2657)
**Minneapolis/St. Paul**
**Metro Area:**                           612-US BANKS
                                          (612-872-2657)

**Telecommunications Device**
**for the Deaf:**                         1-800-685-5065

**Internet:**                             usbank.com

## NEWS FOR YOU

Send money fast with Western Union – find out how!

## INFORMATION YOU SHOULD KNOW

**Important Changes to U.S. Bank Overdraft Protection Policies and Fees**
Effective Nov. 14, 2010, if your checking account has another account(s) linked to it for Overdraft Protection, a $10 Overdraft Protection Transfer fee will be charged to your checking account each day funds are transferred from the account(s) linked for Overdraft Protection. If your checking account is overdrawn less than $10, a total of $10 will be transferred to your checking account and the Overdraft Protection Transfer Fee will be waived. The Overdraft Protection Transfer fee is $5 for U.S. Bank Gold Checking accounts and waived for U.S. Bank Platinum Checking accounts.

If you have another deposit account (savings, money market or checking) or Reserve Line linked for Overdraft Protection to your checking account, the amount transferred will be in multiples of $50. If the account used for Overdraft Protection does not have an available balance that will be enough to cover the overdrawn amount in your checking account, the remaining available balance will be transferred. If the checking account is overdrawn less than $10, a maximum of $10 will be transferred from the account used for Overdraft Protection.

Please refer to the "Important Changes to Your Consumer Deposit Account" pamphlet for complete details on changes to U.S. Bank Overdraft Protection policies and fee.

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Interest Plus Checking | 2088 | $              176.90 | 1 |
| Money Market | 0597 | 164.41 | 2 |
| Money Market | 0545 | 6,213.37 | 2 |
| Money Market | 0559 | 7,736.64 | 2 |
| | **Total Deposit Balances** | $        14,291.32 | |

## INTEREST PLUS CHECKING                                                        Member FDIC

U.S. Bank National Association                                        **Account Number**      -2088
**Account Summary**
Beginning Balance on  Oct. 21        $         176.90        Number of Days in Statement Period        29

**Ending Balance on  Nov. 18, 2010**    $         176.90

 EXHIBIT F



DENNIS E HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

🔲 THE PRIVATE CLIENT RESERVE
**Uni-Statement**
Account Number:
( 2088
Statement Period:
Oct. 21, 2010
through
Nov. 18, 2010

Page 2 of 3



## INTEREST PLUS CHECKING (CONTINUED)
U.S. Bank National Association     **Account Number** 1-2088

### Reward Program Summary

All Rewards shown are as of Nov. 18, 2010

| FlexPerks Debit Card Rewards Visa® Check Card | | | Check Card Number: ****745 | | FlexPerks |
|---|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
| 11/12/2008 | $ | 0.00 | $ 0.00 | 0.00 | 0.00 |

## MONEY MARKET     Member FDIC
U.S. Bank National Association     **Account Number** 0 1-0537

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct. 21 | $ | 174.41 | | | |
| Other Withdrawals | | 10.00- | Interest Paid this Year | $ | 0.03 |
| | | | Number of Days in Statement Period | | 29 |
| **Ending Balance on Nov. 18, 2010** | **$** | **164.41** | | | |

Your average collected balance of $174.41 was below the requirements.

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Nov. 18 | Maintenance Fee | 1800001674 | $ | 10.00- |
| | | **Total Other Withdrawals** | **$** | **10.00-** |

## MONEY MARKET     Member FDIC
U.S. Bank National Association     **Account Number** 1-0545

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct. 21 | $ | 6,212.63 | Annual Percentage Yield Earned | | 0.15% |
| Deposits / Credits | | 0.74 | Interest Earned this Period | $ | 0.74 |
| | | | Interest Paid this Year | $ | 8.53 |
| **Ending Balance on Nov. 18, 2010** | **$** | **6,213.37** | Number of Days in Statement Period | | 29 |

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Nov. 18 | Interest Paid | 1800001675 | $ | 0.74 |
| | | **Total Deposits / Credits** | **$** | **0.74** |

## MONEY MARKET     Member FDIC
U.S. Bank National Association     **Account Number** 1-0553

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Oct. 21 | $ | 7,735.72 | Annual Percentage Yield Earned | | 0.14% |
| Deposits / Credits | | 0.92 | Interest Earned this Period | $ | 0.92 |
| | | | Interest Paid this Year | $ | 10.62 |
| **Ending Balance on Nov. 18, 2010** | **$** | **7,736.64** | Number of Days in Statement Period | | 29 |



DENNIS E HECKER
500 FORD RD
MINNEAPOLIS  MN 55426-1062

▦ THE PRIVATE CLIENT RESERVE
**Uni-Statement**
Account Number:
2088
Statement Period:
Oct. 21, 2010
through
Nov. 18, 2010

Page 3 of 3

## MONEY MARKET (CONTINUED)

U.S. Bank National Association                                    **Account Number  0-008-1760-0553**

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|----------------------------|------------|---|--------|
| Nov.  18 | Interest Paid | 1800001676 | $ | 0.92 |
| | | **Total Deposits / Credits** | $ | **0.92** |

 **bank.**

THE PRIVATE CLIENT RESERVE
## Uni-Statement
Account Number:
: 2088
Statement Period:
Nov. 19, 2010
through
Dec. 17, 2010

Page 1 of 3

000048706 1 AT 0.357 10548187680039 P
DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA   MN  55391-1935

☎                    **To Contact U.S. Bank**

**By Phone:**              1-800-US BANKS
                           (1-800-872-2657)

**Minneapolis/St. Paul**
**Metro Area:**            612-US BANKS
                           (612-872-2657)

**Telecommunications Device**
**for the Deaf:**          1-800-685-5065

**Internet:**              usbank.com

---

### INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

### SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| Interest Plus Checking | -2088 | $ | 176.90 | 1 |
| Money Market | 0587 | | .83 | |
| Money Market | -0545 | | 1,327.03 | 2 |
| Money Market | 0309-1760-0463 | | 1,000.00 | 3 |
| | **Total Deposit Balances** | $ | **2,494.76** | |

### INTEREST PLUS CHECKING                                        Member FDIC

U.S. Bank National Association                        Account Number 0-        )-2088

**Account Summary**

| Beginning Balance on Nov. 19 | $ | 176.90 | Number of Days in Statement Period | 29 |
|---|---|---|---|---|
| **Ending Balance on Dec. 17, 2010** | $ | **176.90** | | |

**Reward Program Summary**

All Rewards shown are as of Dec. 17, 2010

FlexPerks Reserve Cash Rewards Visa Check Card  Check Card Number 7729         FlexPerks Reserve

| Reward Enrollment Date | Reward Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 11/12/2010 | 0.00 | 0.00 | 0.00 | 0.00 |


EXHIBIT G

 **US bank.**

DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA MN 55391-1935

🔳 **THE PRIVATE CLIENT RESERVE**

**Uni-Statement**
Account Number:
12088
Statement Period:
Nov. 19, 2010
through
Dec. 17, 2010

Page 2 of 3



---

**INTEREST PLUS CHECKING** **(CONTINUED)**

U.S. Bank National Association        **Account Number 0-000-0480-2088**

Order your FREE online Annual Check Card Summary today! The summary provides a comprehensive record of all your 2010 transactions organized into categories for easy identification. It's a great tool for household budgeting, tax preparation & expense management. To order, login to your account at usbank.com; select your check card account from "My Accounts" and click "Order your FREE Annual Account Summary" by December 31, 2010.

---

**MONEY MARKET** Member FDIC

U.S. Bank National Association        **Account Number** -0537

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov. 19 | $ | 164.41 | | |
| Other Withdrawals | | 10.00- | Interest Paid this Year | $ 0.03 |
| Checks Paid | | 163.90- | Number of Days in Statement Period | 29 |
| **Ending Balance on Dec. 17, 2010** | **$** | **9.49-** | | |

Your average collected balance of $68.33 was below the requirements.

---

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec. 17 | Maintenance Fee | 1700001649 | $ | 10.00- |
| | | **Total Other Withdrawals** | **$** | **10.00-** |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0001 | Dec. 1 | 8890211993 | 163.90 |
| | | **Conventional Checks Paid ( 1 )** | **$** 163.90- |

---

**MONEY MARKET** Member FDIC

U.S. Bank National Association        **Account Number** -0545

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov. 19 | $ | 6,213.37 | Annual Percentage Yield Earned | 0.15% |
| Deposits / Credits | | 0.64 | Interest Earned this Period | $ 0.64 |
| Other Withdrawals | | 4,886.98- | Interest Paid this Year | $ 9.17 |
| **Ending Balance on Dec. 17, 2010** | **$** | **1,327.03** | Number of Days in Statement Period | 29 |

---

**Deposits / Credits**

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec. 17 | Interest Paid | 1700001650 | $ | 0.64 |
| | | **Total Deposits / Credits** | **$** | **0.64** |

**Other Withdrawals**

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Dec. 13 | Branch Account Transfer | To Account | )553 | | $ | 586.98- |
| Dec. 13 | Customer Withdrawal | | | 6247870714 | | 4,300.00- |
| | | | | **Total Other Withdrawals** | **$** | **4,886.98-** |



DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA MN 55391-1935

🔲 THE PRIVATE CLIENT RESERVE

**Uni-Statement**

Account Number:
.. 2088
Statement Period:
Nov. 19, 2010
through
Dec. 17, 2010

Page 3 of 3

## MONEY MARKET
U.S. Bank National Association     Account Number   0-0553   Member FDIC

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Nov. 19 | $ | 7,736.64 | | |
| Deposits / Credits | | 587.30 | Annual Percentage Yield Earned | 0.13% |
| Other Withdrawals | | 7,323.62- | Interest Earned this Period | $ 0.32 |
| | | | Interest Paid this Year | $ 10.94 |
| **Ending Balance on Dec. 17, 2010** | $ | 1,000.32 | Number of Days in Statement Period | 29 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec. 13 | Branch Account Transfer | From Account 0 )545 | | $ | 586.98 |
| Dec. 17 | Interest Paid | | 1700001651 | | 0.32 |
| | | | **Total Deposits / Credits** | $ | **587.30** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov. 24 | Electronic Withdrawal<br>REF=10327005165262 N | To WRIGHT HENNEPIN<br>0410621437ELEC BILL 15016840942 | | $ | 962.00- |
| Nov. 26 | Customer Withdrawal | | 6141438966 | | 702.00- |
| Nov. 29 | Electronic Withdrawal<br>REF=10330005134304 N | From CPENERGY MNGCO<br>MGC ACH DR176051140S | | | 410.62- |
| Nov. 29 | Customer Withdrawal | | 6246033418 | | 2,000.00- |
| Nov. 29 | Customer Withdrawal | | 6141560542 | | 2,949.00- |
| Dec. 10 | Miscellaneous Withdrawal | | 6448558393 | | 300.00- |
| | | | **Total Other Withdrawals** | $ | **7,323.62-** |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3035    TRC                    X    ST01

**THE PRIVATE CLIENT RESERVE**

## Uni-Statement

Account Number:
**2088**
Statement Period:
Dec. 18, 2010
through
Jan. 20, 2011

Page 1 of 3

000051824 1 AT 0.357 106481927472510 P
DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA  MN 55391-1935

☎                    *To Contact U.S. Bank*

*By Phone:*                    *1-800-US BANKS*
                               *(1-800-872-2657)*

*Minneapolis/St. Paul*
*Metro Area:*                   *612-US BANKS*
                               *(612-872-2657)*

*Telecommunications Device*
*for the Deaf:*                 *1-800-685-5065*

*Internet:*                     *usbank.com*

### INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

### SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| Interest Plus Checking | -2088 | $ | 176.90 | 1 |
| Money Market | -0557 | | 0.00 | |
| Money Market | -0545 | | 311.06 | 2 |
| Money Market | -0569 | | 202.96 | 3 |
| **Total Deposit Balances** | | $ | 680.92 | |

### INTEREST PLUS CHECKING                                    *Member FDIC*

U.S. Bank National Association                          Account Number    -2088

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Dec. 18 | $ | 176.90 | Number of Days In Statement Period | 34 |
| Ending Balance on Jan. 20, 2011 | $ | 176.90 | | |

### Reward Program Summary

All Rewards shown are as of Jan. 20, 2011

FlexPerks Rewards Cash Rewards Visa Check Card - Check Card Number 7225          FlexPerks Reserve

| Rewards Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 11/29/2010 | $0.00 | $0.00 | 0.00 | 0.00 |



EXHIBIT H



DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA MN 55391-1935



▨ THE PRIVATE CLIENT RESERVE

**Uni-Statement**

Account Number:
· 2088
Statement Period:
Dec. 18, 2010
through
Jan. 20, 2011

Page 2 of 3

## MONEY MARKET                                                                      Member FDIC
U.S. Bank National Association                                    **Account Number**          0537

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on  Dec. 18 | $ | 9.49- |
| Deposits / Credits | | 10.00 |
| Other Withdrawals | | 10.00- |
| **Ending Balance on  Jan. 20, 2011** | **$** | **9.49-** |

| | |
|---|---|
| Number of Days in Statement Period | 34 |

Your average collected balance of $0.07- was below the requirements.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec.  20 | Reversed Maintenance Fee | | $ | 10.00 |
| | **Total Deposits / Credits** | | **$** | **10.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan.  20 | Maintenance Fee | 2000001758 | $ | 10.00- |
| | **Total Other Withdrawals** | | **$** | **10.00-** |

## MONEY MARKET                                                                      Member FDIC
U.S. Bank National Association                                    **Account Number  '**        0545

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on  Dec. 18 | $ | 1,327.03 |
| Deposits / Credits | | 0.03 |
| Other Withdrawals | | 1,016.00- |
| **Ending Balance on  Jan. 20, 2011** | **$** | **311.06** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.04% |
| Interest Earned this Period | $ | 0.03 |
| Interest Paid this Year | $ | 0.03 |
| Number of Days in Statement Period | | 34 |

Your average collected balance of $648.08 was below the requirements.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan.  20 | Interest Paid | 2000001759 | $ | 0.03 |
| | **Total Deposits / Credits** | | **$** | **0.03** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Dec.  20 | Customer Withdrawal | 6143928884 | $ | 500.00- |
| Jan.  7 | Customer Withdrawal | 7048161033 | | 506.00- |
| Jan.  20 | Maintenance Fee | 2000001760 | | 10.00- |
| | **Total Other Withdrawals** | | **$** | **1,016.00-** |

## MONEY MARKET                                                                      Member FDIC
U.S. Bank National Association                                    **Account Number**        I-0553

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on  Dec. 18 | $ | 1,000.32 |
| Deposits / Credits | | 704.22 |
| Other Withdrawals | | 1,502.09- |
| **Ending Balance on  Jan. 20, 2011** | **$** | **202.45** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.05% |
| Interest Earned this Period · | $ | 0.02 |
| Interest Paid this Year | $ | 0.02 |
| Number of Days in Statement Period | | 34 |

Your average collected balance of $321.98 was below the requirements.



DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA MN 55391-1935

🔲 **THE PRIVATE CLIENT RESERVE**

## Uni-Statement

Account Number:
ᴊ 2088
Statement Period:
Dec. 18, 2010
through
Jan. 20, 2011

Page 3 of 3

## MONEY MARKET (CONTINUED)

U.S. Bank National Association                                    **Account Number**        -0553

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|-----------|---|--------|
| Dec. 30 | Deposit | 6240879329 | $ | 704.20 |
| Jan. 20 | Interest Paid | 2000001761 | | 0.02 |
| | | **Total Deposits / Credits** | **$** | **704.22** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Dec. 20 | Customer Withdrawal | | 6143928883 | $ | 600.00- |
| Dec. 27 | Electronic Withdrawal | From CPENERGY MNGCO | | | 229.14- |
| | REF=10358001438356 N | MGC ACH DR176051140S | | | |
| Jan. 7 | Customer Withdrawal | | 7048161009 | | 506.00- |
| Jan. 10 | Electronic Withdrawal | To BILLMATRIX | | | 6.95- |
| | REF=11010008797127 N | 7528000011BILL PAY  6969916952 | | | |
| Jan. 10 | Electronic Withdrawal | To CORR BILLING SVS | | | 150.00- |
| | REF=11010008797162 N | 7529046211BILL PAY  6969916951 | | | |
| Jan. 20 | Maintenance Fee | | 2000001762 | | 10.00- |
| | | | **Total Other Withdrawals** | **$** | **1,502.09-** |

 **US bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3035    TRC                          X    ST01

Ⓜ THE PRIVATE CLIENT RESERVE

**Uni-Statement**
Account Number:
2088
Statement Period:
Jan. 21, 2011
through
Feb. 17, 2011

Page 1 of 3



000081855 1 AT 0.357 106481965276500 P
DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA  MN 55391-1935

☎                         **To Contact U.S. Bank**

**By Phone:**                  1-800-US BANKS
                               (1-800-872-2657)

**Minneapolis/St. Paul**
**Metro Area:**                612-US BANKS
                               (612-872-2657)

**Telecommunications Device**
**for the Deaf:**              1-800-685-5065

**Internet:**                  usbank.com

## SUMMARY OF YOUR U.S. BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | Balance | Page |
|---|---|---|---|
| Interest Plus Checking | 088 | $      176.90 | 1 |
| Money Market | 0657 | 160.00 | |
| Money Market | 0-0545 | 1,527.02 | 2 |
| Money Market | 0555 | 159.45 | |
| **Total Deposit Balances** | | $      1,863.37 | |

## INTEREST PLUS CHECKING                                    Member FDIC

U.S. Bank National Association                          Account Number      -2088

**Account Summary**
Beginning Balance on Jan. 21        $      176.90     Number of Days in Statement Period        28

**Ending Balance on  Feb. 17, 2011**   $      176.90

### Reward Program Summary

All Rewards Shown are as of Feb. 17, 2011

FlexPerks Reserve Cash Rewards Visa® Check Card Check Card Number -025    FLEXPERKS RESERVE

| Reward Enrolled Date | Rewards Earned Enrolled Date | Rewards Redeemed Program to Date | Account Reward Balance | Rewards to Redeem |
|---|---|---|---|---|
| 11/22/2010 | 0.00 | 0.00 | 0.00 | 0.00 |

## MONEY MARKET                                             Member FDIC

U.S. Bank National Association                          Account Number      -0537

**Account Summary**
Beginning Balance on Jan. 21        $      9.49
Deposits / Credits                         9.49

**Ending Balance on  Feb. 17, 2011**   $      0.00


EXHIBIT I



DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA MN 55391-1935



⊞ THE PRIVATE CLIENT RESERVE
**Uni-Statement**
Account Number:
2088
Statement Period:
Jan. 21, 2011
through
Feb. 17, 2011

Page 2 of 3

## MONEY MARKET (CONTINUED)

U.S. Bank National Association | Account Number 0-0537

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|---|--------|
| Jan. 21 | DENNIS HECKER | | $ | 9.49 |
| | | **Total Deposits / Credits** | **$** | **9.49** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|---|--------|
| Jan. 25 | Account Closed | | $ | 0.00- |
| | | **Total Other Withdrawals** | **$** | **0.00-** |

## MONEY MARKET

U.S. Bank National Association | Account Number ( | Member FDIC 0545

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jan. 21 | $ | 311.06 | | |
| Deposits / Credits | | 3,525.96 | Annual Percentage Yield Earned | 0.13% |
| Other Withdrawals | | 2,310.00- | Interest Earned this Period | $ 0.08 |
| | | | Interest Paid this Year | $ 0.11 |
| **Ending Balance on Feb. 17, 2011** | **$** | **1,527.02** | Number of Days in Statement Period | 28 |

Your average collected balance of $796.77 was below the requirements.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|---|--------|
| Jan. 26 | Deposit | 5940832226 | $ | 2,100.00 |
| Feb. 17 | Interest Paid | 1700001884 | | 0.08 |
| Feb. 17 | Deposit | 6444490534 | | 1,425.88 |
| | | **Total Deposits / Credits** | **$** | **3,525.96** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|---|--------|
| Feb. 4 | Customer Withdrawal | 6245124569 | $ | 2,300.00- |
| Feb. 17 | Maintenance Fee | 1700001885 | | 10.00- |
| | | **Total Other Withdrawals** | **$** | **2,310.00-** |

## MONEY MARKET

U.S. Bank National Association | Account Number ( | Member FDIC -0553

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jan. 21 | $ | 202.45 | | |
| Deposits / Credits | | 645.66 | Interest Paid this Year | $ 0.02 |
| Other Withdrawals | | 688.66- | Number of Days in Statement Period | 28 |
| **Ending Balance on Feb. 17, 2011** | **$** | **159.45** | | |

Your average collected balance of $175.34 was below the requirements.

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Jan. 26 | Returned Withdrawal | Electronic | | $ | 645.66 |
| | | | **Total Deposits / Credits** | **$** | **645.66** |



DENNIS E HECKER
1161 WAYZATA BLVD E # 158
WAYZATA MN 55391-1935

🔲 **THE PRIVATE CLIENT RESERVE**

## Uni-Statement

Account Number:
2088
Statement Period:
Jan. 21, 2011
through
Feb. 17, 2011

Page 3 of 3

## MONEY MARKET (CONTINUED)

U.S. Bank National Association

Account Number 0553

### Other Withdrawals

| Date | | Description of Transaction | | Ref Number | | Amount |
|------|---|----------------------------|---|------------|---|--------|
| Jan. | 25 | Electronic Withdrawal<br>REF=11024007367056 N | From CPENERGY MNGCO<br>MGC ACH DR176051140S | | $ | 645.66- |
| Jan. | 26 | Returned Check(s) Charge | | | | 33.00- |
| Feb. | 17 | Maintenance Fee | | 1700001886 | | 10.00- |
| | | | | **Total Other Withdrawals** | $ | 688.66- |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 33.00 | $ 33.00 |
| Total Overdraft Fees | $ 0.00 | $ 0.00 |
| TOTAL | $ 33.00 | $ 33.00 |

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

---

**Item #2**

| Account No.: _____ 0553 | Check No.: 0 | Sequence No.: 006141560542 |
|---|---|---|
| **Amount:** $2949.00 | **Routing No.:** 56068052 | **Date:** 11/29/2010 |

**Front:**

COUNTER WITHDRAWAL

USbank

Dennis Hicker

ACCOUNT TITLE

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THIS ACCOUNT.

DOLLARS

DATE 11-2½-10

SIGNATURE REQUIRED   P.O.A

ACCOUNT NUMBER

* — 0553

AMOUNT

$   294900

00056   JL731 0002   11/29/2010 11:51 USB
US BANK CK                  J553              H
$2,949.00

⑆560680520⑆            1            0⑈

**Back:**

6141560542

---



EXHIBIT J

1 of 1

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

**Item #14**

| Account No.: | _0553 | Check No.: | | Sequence No.: 006141438966 |
|---|---|---|---|---|
| Amount: $702.00 | | Routing No.: 56068052 | | Date: 11/26/2010 |

**Front:**

COUNTER WITHDRAWAL
WITHDRAWN ON THE ACCOUNT OF

Dennis   Hecker

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THE ACCOUNT

POA

**ACCOUNT NUMBER**

*   )553

DOLLARS

DATE 11-26-10

**AMOUNT**

702 —

00059  00731 0005   11/26/2010 01:51 USB
USB CK M                /553        H
$702.00

I:56068052 0I:       553 II"

**Back:**

76685 168 1R  1 11262010
48001
6141438966

*1 of 3*

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid
unauthorized usage of this information. Increased security awareness when discarding or destroying this document is
recommended.

| Item #13 | | | |
|---|---|---|---|
| Account No.: 553 | Check No.: | | Sequence No.: 006246033418 |
| Amount: $2000.00 | Routing No.: 56068052 | | Date: 11/29/2010 |

**Front:**

COUNTER WITHDRAWAL

Dennis Hickey

ACCOUNT TITLE

DMNk POA

DOLLARS

DATE 11-2U-10

ACCOUNT NUMBER        AMOUNT

*        ,)0 553        $        2 0 0 0 —

00039  00731 0003   11/29/2010 11:51 °USB

HOLD                          J553       H

$2,000.00

⑆56068052⑆        ·0553⑈

**Back:**

6246033418

## U.S. Bank Confidential Communication



Requested by: Barbette Berg

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #1 | | |
|---|---|---|
| Account No.: ...345 | Check No.: 0 | Sequence No.: 006247870714 |
| Amount: $4300.00 | Routing No.: 56068052 | Date: 12/13/2010 |

**Front:**

COUNTER WITHDRAWAL

USbank

ACCOUNT TITLE

DATE 12/11/2010

DOLLARS

SIGNATURE OF INDIVIDUALS

* L

ACCOUNT NUMBER — 054 $

AMOUNT

43 00 . 00

00094 00731 3006 12/11/2010 10:46 USB
US PANT CK 054E H .
$4,300.00

⑆56068052⑆ 817600545⑈ ⑈0000430000⑈

**Back:**

2012

JT239 192 TB 4- 12132010
486. US BANANA
PAUL MN

6247870714

1 of 1

## U.S. Bank Confidential Communication



Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

Item #10
Account No.: )0545          Check No.:                          Sequence No.: 006143928884
Amount: $500.00             Routing No.: 56068052        Date: 12/20/2010
Front:

COUNTER WITHDRAWAL

DARISH NOWAN

Five hundred

DOLLARS

DATE 12/18/2010

ACCOUNT NUMBER          )0545      $           AMOUNT

500 —

00148   00731 0003     12/20/2010 12:51 USB
USB CK N              B17600545        N
$500.00

⑆560680520⑆          10545⑆

Back:

DEC 20 10

1009

6143928884

## U.S. Bank Confidential Communication



·Requested by: Heidi Powers

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #11 | | |
|---|---|---|
| Account No.: 0553 | Check No.: | Sequence No.: 006143928883 |
| Amount: $600.00 | Routing No.: 56068052 | Date: 12/20/2010 |

**Front:**

COUNTER WITHDRAWAL

PAY TO THE *Krist Rowan*

*Six hundred*                                    DOLLARS

*Gterillo Rowan*
ACCOUNT NUMBER *POA*

\* 1.          0553          $

DATE 12/16/2010
AMOUNT

*600  00*

00149  00731 0003  12/20/2010 12:51 USB
USB CK H          8      J553      H

$600.00

⑈56068052⑈          J553⑈

**Back:**

1009 96

J7590

6143928883

*3 of 3*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                     Case No.:  09-50779
                                                                          Chapter 7
Dennis E. Hecker,

         Debtor.

Randall L. Seaver, Trustee,                                ADV Case No. 10-5032

         Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

         Defendants.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, I caused the following documents:

> *Amended Notice of Hearing and Motion for Contempt of Court, Memorandum of
> Law in Support of Motion for Contempt, Affidavit of Randall L. Seaver, Trustee
> and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents
will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or
notice pursuant to Local Rule 9006-1(a).

                                                         /e/  Stephanie Wood
Dated:  February 25, 2011            _____
                                                    Stephanie Wood
                                                    100 South Fifth Street, Suite 2500
                                                    Minneapolis, MN  55402
                                                    (612) 332-1030

435033

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                          Case No.: 09-50779
                                                         Chapter 7
Dennis E. Hecker,

       Debtor.

Randall L. Seaver, Trustee,                     ADV Case No. 10-5032

       Plaintiff,

vs.

Dennis E. Hecker and
Christi M. Rowan,

       Defendants.

## ORDER

This case is before the court on the motion of Randall L. Seaver, trustee seeking an order holding Christi M. Rowan in civil contempt of court.

Based on the motion and the file,

**IT IS ORDERED**:

1.     Rowan is in contempt of this court's order of October 6, 2010.

2.     Rowan shall immediately account for all money that has passed through her possession or control since October 6, 2010 and provide records for all of her banking or other financial institution transactions since the order. This includes all accounts in her own name or in the names of others.

3.     Rowan shall reimburse the estate for all funds lost due to her conversion.

4.     If not already in federal custody, Rowan shall be taken into custody while she purges her contempt by repayment of all estate property converted by her.

5.     The trustee is awarded his costs and fees incurred in bringing this motion.  Rowan shall pay $1,500.00 to the trustee, by way of a check made payable to "Randall L. Seaver, Trustee," on or before March 14, 2011.


Dated: _____

_____
United States Bankruptcy Court Judge

434984