UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

                Debtor.          BKY 09-50779

----------------------------------

Randall L. Seaver, Trustee,          ADV 10-5032

                Plaintiff,

v.                                                                        JUDGMENT

Dennis E. Hecker and
Christi M. Rowan,

                Defendants.

       This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

       It is therefore Ordered and Adjudged:

       1.      Defendant Dennis E. Hecker is permanently enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all property of the estate.

       2.      Defendant Dennis E. Hecker is permanently enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.

       3.      The plaintiff shall recover from defendant Dennis E. Hecker the sum of $294,899.20.

4. Defendant Christi M. Rowan is permanently enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by defendants.

5. Defendant Christi M. Rowan is permanently enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.

Dated: April 19, 2011  
At: Duluth, Minnesota

Lori A. Vosejpka  
Clerk of Bankruptcy Court

By: /e/ Anita Miller  
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT  
Filed and Docket Entry made on *04/19/2011*  
Lori Vosejpka, Clerk, by AMM